

# Andrew Mark Smigelski

1015 Bryan Road
Sugar Grove, OH 43155
(614) 607-1230
smigelski.andy@gmail.com

September 1, 2025

Clerk of Court
U.S. District Court, Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Re: Filing of Complaint – *Smigelski v. FBI, DOJ, Bondi, Patel*

Dear Clerk of Court,

Enclosed please find the documents for filing a new civil action in the Southern District of Ohio:

- Complaint + 2 exhibits
- Civil Cover Sheet (JS-44)
- Application to Proceed In Forma Pauperis (AO-239)
- Summonses (AO-440) for each defendant
- Civil Case Opening Checklist

Please file these documents, assign a case number, and return a file-stamped copy of the Complaint in the enclosed envelope.

Thank you for your assistance.


Respectfully submitted,



*[signature: Andrew Smigelski]*

Andrew Mark Smigelski

*Plaintiff, pro se*

614-607-1230

Andrew Smigelski
1015 Bryan Road
Sugar Grove, Ohio 43155

# UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF OHIO

# CIVIL CASE OPENING DOCUMENT SUBMISSION CHECKLIST

Case: Smigelski v. FBI, DOJ, Bondi, Patel

Pro Se Plaintiff: Andrew Mark Smigelski

Please confirm you have included the following:

- [x] Complaint (with full caption naming all Defendants)
- [x] Civil Cover Sheet (JS-44), properly completed
- [x] Summonses (AO-440) for:
  - FBI
  - DOJ
  - Pam Bondi (official & personal)
  - Kash Patel (official & personal)
  - U.S. Attorney, Southern District of Ohio
- [x] Application to Proceed IFP (AO-239) with financials
- [ ] ~~Filing Fee (if not proceeding IFP)~~

I declare under penalty of perjury that the above items are included in this packet.

Signature: _____  Date: September 1, 2025

*RECEIVED SEP 04 2025 RICHARD W. NAGEL, CLERK OF COURT, COLUMBUS, OHIO*