**Andrew Smigelski**
1015 Bryan Road
Sugar Grove, Ohio 43155

7020 0640 0001 7882 6476




Retail
RDC 99

U.S. POSTAGE PAID
FCM LG ENV
SUGAR GROVE, OH 43155
SEP 02, 2025
43215
$13.54
S2324S501086-02

Clerk's Office
US District Court
85 Marconi Blvd
Columbus, OH 43215