September 16, 2025

**Clerk of Court**
United States District Court
Southern District of Ohio, Eastern Division
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215



RE: **Smigelski v. Federal Bureau of Investigation, et al.**
Case No. 2:25-cv-01013
<u>**EMERGENCY FILING - IMMEDIATE JUDICIAL ACTION REQUIRED**</u>

Dear Clerk:

> **THIS IS AN EMERGENCY FILING REQUIRING IMMEDIATE JUDICIAL ATTENTION**
> **ONGOING CONSTITUTIONAL VIOLATIONS AND EVIDENCE SPOLIATION RISK**

Please find enclosed for immediate filing and presentation to Magistrate Judge Kimberly A. Jolson:

1. **Plaintiff's Emergency Motion for Temporary Restraining Order and Preservation of Evidence** (with Certificate of Service)

2. **Exhibit A:** USPS Tracking Documentation - Package shipped June 11, 2025

3. **Exhibit B:** Network Diagnostic Screenshots - Evidence of Electronic Surveillance

4. **Proposed Order Granting Temporary Restraining Order** (for Judge Jolson's signature) *+ ECF Motion + Email Service Motion*

This emergency motion seeks immediate relief from ongoing, systematic retaliation for Plaintiff's FOIA litigation filed June 11, 2025. The retaliation includes daily mail interference at the Columbus Distribution Center, electronic surveillance via IMSI catchers, and coordinated multi-jurisdictional physical surveillance that has forced Plaintiff to cease life-saving Naloxone distribution to overdose prevention boxes.

**Time is of the essence.** Constitutional violations are ongoing and escalating daily. There is substantial risk of evidence spoliation given Defendants' demonstrably false "no records"

response dated June 16, 2025.

Plaintiff respectfully requests this motion be presented to Judge Jolson immediately for consideration of ex parte relief pursuant to Fed. R. Civ. P. 65(b). Plaintiff is simultaneously attempting service on the U.S. Attorney's Office and will file proof of service upon completion.

Should the Court require any additional information or documentation, please contact me immediately at the phone number below. I am available for a telephonic or video hearing at the Court's earliest convenience.

Thank you for your immediate attention to this urgent matter.


Respectfully submitted,

*[signature]*

**Andrew Mark Smigelski**
1015 Bryan Road
Sugar Grove, OH 43155
(614) 607-1230
smigelski.andy@gmail.com
*Plaintiff, Pro Se*