Andrew Smigelski
1015 Bryan Road
Sugar Grove, Ohio 43155



7020 0640 0001 7882 6513

**CERTIFIED MAIL**

7020 0640 0001 7882 6513





Retail

43215

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
SUGAR GROVE, OH 43155
SEP 16, 2025

**$12.42**

S2324S501086-86



X-RAY
U.S. MARSHALS SERVICE

US District Court
Office of the Clerk
85 Marconi Blvd. #121
Columbus, OH 43215