IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

Andrew Smigelski

_____
Plaintiff,

vs.

FBI    et al.
_____
Defendant.

Case Number: 2:25-cv-01013

Judge: Sargus

Jolson

MOTION BY PRO SE LITIGANT TO OBTAIN
ELECTRONIC CASE FILING RIGHTS

As a party in the above-captioned matter, I, Andrew Smigelski _____,

respectfully request permission from this Court to participate in electronic case filing (e-filing) in this

case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail
   in this case and not by regular mail.
3. I have access to the technical requirements necessary to e-file successfully:
   - A computer with internet access;
   - An e-mail account that can receive notifications from the Court and notices from
     the e-filing system on a daily basis;
   - A scanner to convert documents that are only in paper format into electronic files;
   - A printer or copier to create required paper copies such as copies for chambers;
   - A word processing program to create documents;
   - A pdf reader and a pdf writer to convert word processing documents into pdf
     format, the only electronic format in which documents can be filed; and
   - A PACER account.

4. I understand that documents filed electronically shall conform substantially to the
   requirements of the Local Rules and to the format for the ECF system set out in the
   most current edition of the ECF Policies and Procedures Manual issued by the Clerk.

5. I understand that permission to file electronically may be revoked at any time.

Date: September 16, 2025

Signature: _____
Pro Se

Name: _____
Address: _____
Andrew Smigelski
1015 Bryan Road
Sugar Grove, Ohio 43155

Phone Number: _____
E-Mail Address: 614-607-1230

Smigelski. Andy @ gmail.com