

Andrew Smigelski
1015 Bryan Road
Sugar Grove, Ohio 43155

7020 0640 0001 7882 6513

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

7020 0640 0001 7882 6513

 

*Retail*

UNITED STATES
POSTAL SERVICE ®

RDC 99

43215

U.S. POSTAGE PAID
FCM LG ENV
SUGAR GROVE, OH 43155
SEP 16, 2025

**$12.42**

S2324S501086-86

U.S. MARSHALS SERVICE

X-RAY

US District Court
Office of the Clerk
85 Marconi Blvd. #121
Columbus, OH 43215