IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ANDREW SMIGELSKI,**

      **Plaintiff,**        Case No. 2:25-cv-01013

    v.        Judge Edmund A. Sargus
       Magistrate Judge Kimberly A. Jolson

**FEDERAL BUREAU OF
INVESTIGATION, et al.,**

      **Defendants.**

## ORDER

Before the Court is Plaintiff's Motion to Obtain Electronic Case Filings Rights. (Doc. 5). The "grant of electronic filing privileges is a privilege granted to pro se litigants in the discretion of this Court." *Needham v. Butler Cty. Jail*, No. 1:19-cv-294, 2019 WL 5883643, at *2 (S.D. Ohio Nov. 12, 2019). The Court **GRANTS** the Motion. However, Plaintiff is **WARNED** that the Court may revoke this permission at any time should Plaintiff not conform filings to the Federal and Local Rules.

Plaintiff may register for e-filing through PACER: https://www.ohsd.uscourts.gov/sites/ohsd/files//E-File%20Registration%20-%20Pro%20Se.pdf.


Date: September 22, 2025        /s/Kimberly A. Jolson
       KIMBERLY A. JOLSON
       UNITED STATES MAGISTRATE JUDGE