IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

__Andrew Smigelski__
Plaintiff,

vs.

__FBI et al.__
Defendant.

Case Number: __2:25-cv-01013__

Judge: __Sargus__
__Jolson__

MOTION BY PRO SE LITIGANT TO RECEIVE SERVICE
BY EMAIL THROUGH THE ELECTRONIC CASE FILING SYSTEM

As a party in the above-captioned matter, I, __Andrew Smigelski__, respectfully request permission from this Court to receive service by email through the Electronic Case Filing (e-filing) System (CM/ECF) in this case. I understand that:

- If this motion is granted, I will receive notices and documents only by e-mail in this case and not by regular mail;

- I understand that failure to keep my email address current may result in dismissal of my case or other adverse consequences;

- Access to CM/ECF for viewing purposes is limited to subscribers to the Public Access to Court Electronic Records ("PACER") System and I will go to http://www.pacer.gov to setup an account;

- Individuals who receive a notification of electronic filing (NEF) are permitted to view the document one time at no cost by clicking on the associated hyperlinked document number embedded in the NEF;

- The Court strongly urges me to electronically store the NEF and associated pleadings for future access as subsequent retrieval of the case docket sheet and pleadings is subject to applicable PACER fees.

Date: __September 16, 2025__

Signature: __Andrew Smigelski__
Pro Se

Name:
Address: __Andrew Smigelski__
__1015 Bryan Road__
__Sugar Grove, Ohio 43155__
Phone Number: __614-607-1270__
E-Mail Address: __Smigelski.Andy@gmail.com__