UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO — EASTERN DIVISION

**ANDREW MARK SMIGELSKI,** *Plaintiff,*

v.

**FEDERAL BUREAU OF INVESTIGATION, et al.,** *Defendants.*

Case No. 2:25-cv-01013
Judge Sargus / Mag. Judge Jolson

# EMERGENCY NOTICE OF EVIDENCE SPOLIATION
# AND DECLARATION UNDER PENALTY OF PERJURY

### USPS TRACKING RECORDS RETROACTIVELY ALTERED
### WASHINGTON DC ROUTING DELETED FROM FEDERAL DATABASE

**I, Andrew Mark Smigelski, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:**

**1. THE ORIGINAL TRACKING PAGE (October 5, 2025, 5:45 PM):** On October 5, 2025, at approximately 5:45 PM, I accessed USPS tracking for package #9200190279541002216978 (the California eBay purchase referenced in my Emergency TRO Motion). The tracking page displayed that this package had been routed through **Washington, DC 20260**—USPS Headquarters—despite originating in California and being destined for Ohio.

**2. MY IMMEDIATE REACTION AND RESEARCH:** Because routing from California to Ohio through Washington, DC made no geographic sense, I was surprised and immediately researched this zip code. My browser history (Exhibit A) shows I searched for "Washington, DC 20260" THREE times at 5:45 PM on October 5, 2025: twice in Google Maps and once in Google Search. I had absolutely no reason to search for this specific zip code except that I saw it on the USPS tracking page.

**3. SAVING THE EVIDENCE:** Three hours later, at 8:42 PM on October 5, 2025, I saved the USPS tracking page as a PDF to preserve evidence. File metadata (Exhibit B) confirms creation timestamp of "Sunday, October 5, 2025, 8:42:02 PM."

**4. THE ALTERED TRACKING PAGE (October 7, 2025):** On October 7, 2025, I accessed the same tracking number again. **The Washington, DC routing had been completely removed.** The page now shows the package went from "LOS ANGELES CA DISTRIBUTION CENTER" on July 10 directly to "COLUMBUS OH DISTRIBUTION CENTER" on July 15—with no mention of Washington, DC 20260. The 13-day gap in tracking is unexplained.

**5. PROOF OF ALTERATION:** My browser history proves spoliation: (a) I searched "Washington, DC 20260" multiple times BEFORE saving the PDF; (b) I had no other reason to search for USPS Headquarters zip code; (c) the current tracking page shows different routing; (d)

my saved PDF timestamp proves I viewed and preserved the original; (e) Defendants had motive to remove evidence proving federal facility interception.

**6. LEGAL SIGNIFICANCE:** This retroactive alteration of federal tracking records proves: (a) Defendants are actively destroying evidence relevant to this litigation; (b) my Emergency TRO Motion's preservation requests were necessary and urgent; (c) the "no records" FOIA response was false—if Defendants are monitoring and intercepting my packages through DC, records exist; (d) evidence spoliation supports adverse inference under Fed. R. Civ. P. 37(e).

**7. REQUEST FOR IMMEDIATE RELIEF:** The Court should immediately: (a) find Defendants engaged in evidence spoliation; (b) order forensic preservation of all USPS tracking databases; (c) prohibit further alteration of records; (d) draw adverse inference that package was routed through Washington, DC as originally displayed; (e) grant my pending Emergency TRO Motion; and (f) impose sanctions for evidence destruction.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 7, 2025.**

_____
**Andrew Mark Smigelski**
1015 Bryan Road
Sugar Grove, OH 43155
(614) 607-1230
smigelski.andy@gmail.com
*Declarant and Plaintiff, Pro Se*

**EXHIBITS:**
**Exhibit A: Browser History Screenshots (October 5, 2025, 5:45 PM searches for "Washington, DC 20260")**
**Exhibit B: PDF File Properties (October 5, 2025, 8:42 PM creation timestamp)**
**Exhibit C: Current USPS Tracking Page (October 7, 2025, showing altered routing)**