Sunday night at approximately 7:47 my son
(10/5)

Andy called me and said that he was tracking a
package and noted that it had been routed
to Washington DC which was unusual since that
it was coming from California and going to
Ohio for delivery. He said he was going to send
me the tracking info. Later that night he did
email me a PDF but when I looked at it,
it no longer contained any reference of having
been to Washington D.C. in the routing details.

— MmDSmith
10/07/25.