🔍 usps

| Location | Most Recent Visit |
|---|---|
| https://claude.ai/api/4ed84e48-fee4-4fcb-8420-2169376b7f0e/files... | 2:01 PM |
| https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=92001... | 1:57 PM |
| https://www.usps.com/ | 1:57 PM |
| https://usps.com/ | 1:57 PM |
| http://usps.com/ | 1:57 PM |
| file:///C:/Users/smige/OneDrive/Desktop/USPS.com%C2%AE%20-... | 1:53 PM |
| file:///C:/Users/smige/OneDrive/Desktop/Redemption%20on%20th... | 10/5/2025, 5:35 PM |
| file:///C:/Users/smige/OneDrive/Desktop/Redemption%20on%20th... | 9/15/2025, 5:12 PM |
| https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=94055... | 9/15/2025, 2:54 AM |
| https://www.google.com/search?q=usps+sugar+grove+ohio&clien... | 8/4/2025, 8:19 AM |

