

**Latest Update**

Delivered, In/At Mailbox

Views ✓   ↕ Import and Backup ✓   🔍 Search History

| Name | Tags | Location | Most Recent |
|------|------|----------|-------------|
| 📍 Washington, DC 20260 - Google Maps | | https://www.google.com/maps/place/Washington,+DC+20260/@3... | 10/5/2025, 5:4... |
| 📍 Washington, DC 20260 - Google Maps | | https://www.google.com/maps?client=firefox-b-1-d&sca_esv=e2e0... | 10/5/2025, 5:45 |
| G 20260 - Google Search | | https://www.google.com/search?client=firefox-b-1-d&q=20260 | 10/5/2025, 5:45 |
| ⚖ ecf.ohsd.uscourts.gov/doc1/143010775805?caseid=3055... | | https://ecf.ohsd.uscourts.gov/doc1/143010775805?caseid=305570 | 10/5/2025, 5:27 |
| 🌐 PACER: Login | | https://pacer.login.uscourts.gov/csologin/login.jsf?pscCourtId=OH... | 10/5/2025, 5:26 |
| 🅰 Search Results for Courts: All › Query: smigelski v. fbi — ... | | https://www.courtlistener.com/?type=r&q=smigelski%20v.%20fbi&... | 10/5/2025, 5:26 |
| M Security alert - smigelski.andy@gmail.com - Gmail | | https://mail.google.com/mail/u/0/#inbox/FMfcgzQcqHMzGhjKxbN... | 10/5/2025, 5:26 |
| 🌀 Federal lawsuit motion deadline | | https://chatgpt.com/c/68e2e1d2-756c-8329-b4a1-ec5325f76b9e | 10/5/2025, 5:24 P |
| a Amazon.com: Murray Sporting Goods Premium Portable... | | https://www.amazon.com/dp/B0DWZFG1CB#averageCustomerRevi... | 10/5/2025, 5:22 PM |
| a Amazon Vine | | https://www.amazon.com/vine/vine-items?queue=encore&pn=337... | 10/5/2025, 5:19 PM |

Name   USPS.com® - USPS Tracking® Results

URL   https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=9200190279541002216978

🔍 Search