# UNITED STATES POSTAL SERVICE®

Archive USPS Tracking Plus™ Statement
As of October 23, 2025

Tracking Number: 9434608105462960736029

Destination Address: 1015 BRYAN RD

| Date & Time | Status of Item | Location |
|---|---|---|
| Jun 20, 2025 11:43 am | SHIPPING LABEL CREATED | BELCHERTOWN, MA 01007 |
| Jun 20, 2025 3:46 pm | PRE-SHIPMENT INFO SENT TO USPS | BELCHERTOWN, MA 01007 |
| Jun 21, 2025 11:13 am | ACCEPT OR PICKUP | BELCHERTOWN, MA 01007 |
| Jun 21, 2025 12:17 pm | DEPART POST OFFICE | BELCHERTOWN, MA 01007 |
| Jun 21, 2025 9:40 pm | PROCESSED THROUGH USPS FACILITY | 01153 |
| Jun 21, 2025 9:40 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 22, 2025 12:42 am | CONTAINER CLOSE | 01153 |
| Jun 22, 2025 6:40 pm | IN TRANSIT TO NEXT FACILITY | |
| Jun 23, 2025 2:47 am | ARRIVE USPS FACILITY | INDIANAPOLIS, IN 46219 |
| Jun 23, 2025 9:21 am | DEPART USPS FACILITY | INDIANAPOLIS, IN 46219 |
| Jun 23, 2025 12:30 pm | DEPART USPS FACILITY | INDIANAPOLIS, IN 46219 |
| Jun 23, 2025 2:12 pm | IN TRANSIT TO NEXT FACILITY | BROOKVILLE, OH 45309 |
| Jun 23, 2025 4:23 pm | ARRIVE USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 23, 2025 4:40 pm | ARRIVE USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 23, 2025 6:56 pm | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 23, 2025 6:56 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 23, 2025 8:20 pm | CONTAINER CLOSE | COLUMBUS, OH 43218 |
| Jun 23, 2025 8:20 pm | CONTAINER CLOSE | COLUMBUS, OH 43218 |
| Jun 24, 2025 1:14 am | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 24, 2025 1:14 am | MAIL PIECE NESTED TO CONTAINER | |
| Jun 24, 2025 1:14 am | MAIL PIECE NESTED TO CONTAINER | |
| Jun 24, 2025 3:23 am | CONTAINER CLOSE | COLUMBUS, OH 43218 |
| Jun 25, 2025 2:56 am | CONTAINER CLOSE | COLUMBUS, OH 43218 |
| Jun 25, 2025 6:14 pm | IN TRANSIT TO NEXT FACILITY | |

**UNITED STATES POSTAL SERVICE®**

Archive USPS Tracking Plus™ Statement
As of October 23, 2025

Tracking Number: 9434608105462960736029

Destination Address: 1015 BRYAN RD

| Date & Time | Status of Item | Location |
|---|---|---|
| Jun 26, 2025 6:14 pm | IN TRANSIT TO NEXT FACILITY | |
| Jun 27, 2025 6:14 pm | IN TRANSIT TO NEXT FACILITY | |
| Jun 28, 2025 6:14 pm | IN TRANSIT TO NEXT FACILITY | |
| Jul 03, 2025 10:53 am | MISSING MAIL SEARCH REQUEST INITIATED | ATLANTA, GA 30378 |
| Jul 03, 2025 7:12 pm | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jul 03, 2025 7:12 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jul 03, 2025 7:12 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jul 04, 2025 6:12 pm | IN TRANSIT TO NEXT FACILITY | |
| Jul 05, 2025 1:03 am | CONTAINER CLOSE | COLUMBUS, OH 43218 |
| Jul 05, 2025 8:22 am | ARRIVAL AT UNIT | 431559998 |
| Jul 05, 2025 8:23 am | SORTING/PROCESSING COMPLETE | SUGAR GROVE, OH 43155 |
| Jul 05, 2025 8:33 am | OUT FOR DELIVERY | SUGAR GROVE, OH 43155 |
| Jul 05, 2025 10:22 am | DELIVERED | SUGAR GROVE, OH 43155 |
| Jul 12, 2025 11:00 pm | MISSING MAIL SEARCH REQUEST CLOSED | ATLANTA, GA 30378 |