A S <smigelski.andy@gmail.com>

# A Message from Erica M. with Amazon.com's Executive Customer Relations Re: Legal Notice: Systematic Package Surveillance Following FOIA Request

3 messages

---

**Amazon.com Executive Customer Relations** <ecr-replies@amazon.com>  Fri, Oct 24, 2025 at 9:55 AM
Reply-To: ecr-replies+A10L8VABM590K3@amazon.com
To: smigelski.andy@gmail.com

                                        Your Account | Amazon.com

### Message From Executive Customer Relations

Hello Andrew,

I'm Erica of Amazon.com's Executive Customer Relations. Your situation has been brought to my attention, and I look forward to assisting you further.

I've received your email, regarding package surveillance concerns, and want to thank you for bringing this to our attention.

I'm deeply sorry for the inconvenience this has caused for you.

I've reached out to our Internal teams, and am awaiting some further insight into this matter. I plan to follow up with you next week on October 28, 2025, with updates.

Should you have any additional questions before then, please write to me here and I'll happily assist.

Take care.

Best regards,
🍀 Erica M.
Executive Customer Relations

**Amazon.com**

---

**A S** <smigelski.andy@gmail.com>  Fri, Oct 24, 2025 at 11:27 PM
To: Mark Smigelski <mark.smigelski19@gmail.com>

> Maintain for posterity
> [Quoted text hidden]

---

**A S** <smigelski.andy@gmail.com>  Sat, Oct 25, 2025 at 2:53 PM
To: ecr-replies+A10L8VABM590K3@amazon.com

Thanks for the response, Erica. I look forward to your update on October 28, 2025. This matter involves serious federal crimes including harassment and intimidation tactics that are currently under legal review, and I appreciate Executive Customer Relations treating it with appropriate urgency.

Andrew Smigelski

[Quoted text hidden]