A S <smigelski.andy@gmail.com>

## A Message from Erica M. with Amazon.com's Executive Customer Relations Re: Legal Notice: Systematic Package Surveillance Following FOIA Request

3 messages

---

**Amazon.com Executive Customer Relations** <ecr-replies@amazon.com>  Tue, Oct 28, 2025 at 2:30 PM
Reply-To: ecr-replies+A121XXTU1H07S0@amazon.com
To: smigelski.andy@gmail.com



Your Account | Amazon.com

### Message From Executive Customer Relations

Hello Andrew,

It's Erica with Amazon.com's Executive Customer Relations following up with your inquiry.

Thanks for your patience as I began to reach out internally for guidance and clarification into your most recent concerns. I'm happy to share, I've received correspondence on your parcels and the condition of them when received.

With detailed review, the shipments provided in the attachments are as follows:

1. TBA324918169270 - Reviewed the white tape and packaging, confirmed it was done by the FC, and confirmed no tampering or evidence.
2. TBA324865251752-  Our boxes are outsourced and was shipped using a newer Amazon style box. Confirmed no tampering or evidence.
3. TBA324431410723- This shipment was flagged for review after completing the packing stage, when this happens, it goes through an additional audit, in which it is re-opened, examined and reviewed and re-seal. This confirms as not tampered with or evidence of tampering.

All of which to say, these shipments were internally investigated and have been confirmed to've not received tampering. I hope this information helps brings comfort to your concerns of your parcels, but this order specifically has been reviewed and was cleared for delivery without any additional issues.

Please let me know if you have further questions that need further explanation or insight.

Take care.

Best regards,
🍀 Erica M.
Executive Customer Relations

**Amazon.com**

---

**A S** <smigelski.andy@gmail.com>  Tue, Oct 28, 2025 at 2:52 PM
To: ecr-replies+A121XXTU1H07S0@amazon.com

Hey Erica are you available for a call?
[Quoted text hidden]

---

**A S** <smigelski.andy@gmail.com>  Tue, Oct 28, 2025 at 6:29 PM
To: ecr-replies+A121XXTU1H07S0@amazon.com

Hey Erica,

It seems like you're too busy to work on this, or you haven't made this a priority. Can you escalate this to someone who will? I have serious concerns with your response and am still ready to move forward with the lawsuit with Amazon and several of its executives on Friday 10-31, Halloween.

Andrew
[Quoted text hidden]