A S <smigelski.andy@gmail.com>

## A Message from Chris R. with Amazon.com's Executive Customer Relations Re: A Message from Erica M. with Amazon.com's Executive Customer Relations Re: Legal Notice: Systematic Package Surveillance Following FOIA Request
2 messages

**Amazon.com Executive Customer Relations** <ecr-replies@amazon.com>     Wed, Oct 29, 2025 at 5:48 PM
Reply-To: ecr-replies+A175Y75E9IQWOS@amazon.com
To: smigelski.andy@gmail.com

     Your Account | Amazon.com

### Message From Executive Customer Relations

Hello Andrew,

I'm Chris R. with Amazon.com's Executive Customer Relations. Your email has been brought to my attention and I'm happy to assist you further.

I tried to call you with the phone number associated with your Amazon account and regret I missed you however, I did leave you a voice message.

I'm following up on behalf of my colleague, Erica, who is out of the office today.

Thank you for the additional information. I have reviewed your previous correspondence and I empathize with your frustration in this matter. As shared in the previous correspondence, With detailed review, the shipments provided in the attachments are as follows:

1. Order ID: 113-1230614-9462664 XINWXSS Hanging File Folder Frame set of 2, 17.4 Inch Metal Desk Hanging File Folders Organizer Holder, Letter and Legal Size File Drawer Cabinet for Desktop File Management
Delivered October 8 with Tracking ID: TBA324918169270
*Reviewed the white tape and packaging, confirmed it was done by the FC, and confirmed no tampering or evidence.

2. Order ID: 113-4678627-0527454 LBTING Bird Feeder for Outside, Hexagon Lantern-Shaped Metal Bird Feeder, Squirrel Proof Wild Bird Feeders for Hanging Outdoor Garden Yard
Delivered October 6 with Tracking ID: TBA324865251752
*Our boxes are outsourced and was shipped using a newer Amazon style box. Confirmed no tampering or evidence.

3.  Fyrxznth Ring Light 18" with Stand, 55w 6700K LED Light,63" Tripod,Multi-Angle Adjustable Phone Stand, for iPhone and Android Phones, CRI95, Suitable for YouTube, TikTok, Selfies (Black, 18")
Delivered September 18 with Tracking ID: TBA324431410723
*This shipment was flagged for review after completing the packing stage, when this happens, it goes through an additional audit, in which it is re-opened, examined and reviewed and re-seal. This confirms as not tampered with or evidence of tampering.

All of which to say, these shipments were internally investigated and have been confirmed there was no tampering not.

I hope I've been helpful to you. On a personal note, I appreciate your patience, consideration and understanding in this matter. It's our privilege to have you as our valued customer and we want to make sure you're always taken care of. Any additional issues or concerns you may have with orders, please don't hesitate to reach out using the "Contact Us" page on www.amazon.com/help, and we'll work quickly and diligently to get these issues resolved.

Thanks for choosing Amazon.

Best regards,
Chris
Executive Customer Relations

**Amazon.com**

---

**A S** <smigelski.andy@gmail.com>  
To: ecr-replies+A175Y75E9IQWOS@amazon.com

Wed, Oct 29, 2025 at 6:13 PM

Hi Chris, thank you for your quick response. I hope you will send Erica my regards as well, I appreciate both of your help in fully resolving this issue.

I'm sorry I missed your phone call earlier, I'll try to listen to the voicemail later after dinner when the news is over. If I have any questions I will let you know.

Thank you again for your complete and total response to all of my concerns.

I appreciate your candor.

Andrew  
[Quoted text hidden]