# SUPPLEMENTAL FILING: EVIDENCE OF SYSTEMATIC SURVEILLANCE AND HARASSMENT

## Smigelski v. FBI, Case No. 2:25-cv-01013 (S.D. Ohio)

**ANDREW SMIGELSKI,**
 Plaintiff,
 v.
 **FEDERAL BUREAU OF INVESTIGATION, et al.,**
 Defendants.

---

## EXECUTIVE SUMMARY

Plaintiff has discovered and documented systematic surveillance, harassment, and operational interference that began immediately following FOIA/Privacy Act requests filed June 11, 2025. The evidence reveals coordinated activities across multiple vectors: postal service manipulation, corporate infiltration, AI platform weaponization, and shell company operations designed to obfuscate federal surveillance activities.

## I. USPS MAIL INTERCEPTION AND TAMPERING

### A. Timeline of Postal Interference

- **June 11, 2025**: FOIA/Privacy Act request filed with FBI
- **June 16, 2025**: FBI response received
- **Same Day**: Mail interceptions begin, packages diverted to Washington DC (ZIP 20260 - USPS Headquarters)
- **June-August 2025**: Systematic delays of 15-34 days for standard 2-3 day deliveries
- **Pattern of cities used**: Jacksonville FL, Indianapolis IN, Atlanta GA - all unnecessary detours

### B. Documented Tracking Anomalies

**Package 9405508105462933511036**:

- **SMOKING GUN: April 1, 2025 entry shows "ITEM IN TRANSIT TO DESTINATION" for package not created until June 11** - Backdated entry at WASHINGTON, DC 20260 at 12:00 AM
- **Three "Postage Assessment Delays"** (April 1, June 22, June 27) all showing WASHINGTON, DC 20260
- Routing: Columbus → Jacksonville, FL (600+ miles wrong direction) → back to Columbus
- "Mis-shipped" at local facility June 14
- Five tracking inquiries within 81 minutes on June 23
- 19-day delivery (June 11-30) for 2-3 day service area

**Package 9434608105462960736029**:

- **"Missing Mail Search Request" initiated while package showing as "IN TRANSIT"** - July 3 in ATLANTA, GA (packages aren't "missing" if actively tracking)
- Four consecutive days marked "IN TRANSIT TO NEXT FACILITY" (June 25-28) with zero movement
- Unnecessary routing through Indianapolis, IN when direct route available
- Multiple duplicate "MAIL PIECE NESTED TO CONTAINER" entries at same timestamp
- 15-day delivery (June 20-July 5) from Massachusetts to Ohio for 2-3 day service

### C. Evidence of Federal Surveillance

- **Washington DC 20260 (USPS Headquarters) appears THREE times** in tracking for single package
- April 1, 2025 "postage assessment" entry added to June 2025 shipment - temporally impossible
- Missing Mail Search initiated from Atlanta for package actively showing as "in transit"
- Pattern consistent with Mail Isolation Control and Tracking (MICT) program
- Systematic use of Jacksonville, Indianapolis, and Atlanta facilities for package diversion

## II. AMAZON INFILTRATION AND PACKAGE TAMPERING

### A. Physical Evidence

- Packages opened and resealed with non-Amazon tape
- Hand-stamped Amazon logos replacing industrial printing
- Green ink markings ("§ 110-R") not part of Amazon's system
- Non-standard handling codes and markings appearing on packages

### B. Corporate Response Anomalies

- 5-day delay between complaint and response (evidence review period)
- Admission one package was "re-opened, examined and reviewed and re-sealed"

- Refusal to address fourth package showing clearest tampering evidence
- Executive Customer Relations providing scripted non-answers

### C. Indicators of Gag Orders

- Amazon security footage likely captured tampering
- Corporate response carefully worded to neither confirm nor deny
- Pattern suggests National Security Letters preventing disclosure

## III. AI PLATFORM MANIPULATION (CHATGPT)

### A. Response Manipulation Patterns

- Systematic refusal to name "FBI" in responses about surveillance
- Explicit statement: "cannot make fun of government agencies or their employees"
- Pathologizing legitimate surveillance concerns as mental health issues
- Account-specific targeting across multiple ChatGPT accounts

### B. False Dichotomy Tactics

When presented with surveillance-related technical issues, ChatGPT consistently offered only two options while excluding surveillance:

- Network problems: "Either your phone OR cell tower malfunction" (never jamming)
- DNS issues: "Either router problems OR ISP issues" (never poisoning)
- Package retaping: "Either postal handling OR accidental damage" (never interception)

### C. Evidence Submitted to OpenAI

- Legal notice sent October 29, 2025
- Formal security breach notification to disclosure@openai.com
- Documentation of targeted manipulation affecting federal litigation research

## IV. TALENT FORTUNE INC. SHELL COMPANY OPERATIONS

### A. Company Background

- California corporation, incorporated August 2018
- Status: FTB SUSPENDED for tax/filing failures
- CEO/CFO/Secretary/Director: Di Li
- Address: 730 N Diamond Bar Blvd, Diamond Bar, CA

### B. Connection to Package Surveillance

- Company name appearing in altered USPS tracking records
- Known for fake tracking number generation in eBay scams
- Provides plausible deniability for package interception
- FBI using suspended corporation's identity to mask operations

### C. International Implications

- Letters sent to Chinese, Korean, and Vietnamese embassies regarding misuse
- Pattern suggests compartmentalized operation using foreign shell companies
- Creates confusion about source of surveillance activities

## V. ELECTRONIC WARFARE AND TECHNICAL ATTACKS

### A. IMSI Catcher Deployment

- Physical Cell ID 485 broadcasting across multiple bands
- Forced protocol downgrades from 5G to 3G/2G
- Signal strength anomalies indicating close proximity
- Pattern correlates with legal filing dates

### B. Network Interference

- DNS poisoning preventing access to government websites
- Selective jamming of encrypted messaging apps
- 40+ connectivity disruptions daily during legal research
- BGP routing manipulation affecting specific CDNs

### C. Search Result Manipulation

- Suspicious Chilean domain (serviciosproclean.cl) appearing in targeted results
- Tracking infrastructure exposed through sloppy implementation

## VI. PATTERN OF ESCALATION

The timeline demonstrates clear retaliation:

1. **June 11, 2025**: FOIA request filed, mail surveillance begins same day
2. **June-August 2025**: Package delays of 15-34 days with deliberate mis-routing through Jacksonville and Indianapolis
3. **April 1 backdated entry** added to June shipment - proof of record manipulation
4. **Electronic attacks** intensify during litigation preparation

5. **AI manipulation** discovered during legal research
6. **Shell company exposure** reveals operational infrastructure

## VII. REQUESTED RELIEF

Plaintiff requests the Court:

1. Order immediate cessation of all surveillance and harassment
2. Compel disclosure of surveillance programs targeting litigants
3. Appoint Special Master to investigate scope of operations
4. Issue protective order preventing further retaliation
5. Award damages for constitutional violations

## VIII. EVIDENCE AVAILABILITY

Plaintiff has preserved and can produce:

- Complete USPS tracking archives with timestamps
- Photographic documentation of package tampering
- Network logs and packet captures
- Screenshots of AI platform manipulation
- Technical analysis of electronic attacks
- Formal notices sent to corporations
- Timeline correlation analysis

## CONCLUSION

This evidence reveals a sophisticated, multi-vector harassment campaign designed to intimidate a federal litigant. The use of shell companies, corporate infiltration, and AI weaponization represents an escalation beyond traditional surveillance into active operational interference with constitutional rights to petition for redress of grievances.

The Court's intervention is urgently needed to halt ongoing violations and preserve the integrity of the judicial process.

Respectfully submitted,

---

Andrew Smigelski Pro Se Plaintiff 1015 Bryan Road Sugar Grove, Ohio 43155 614-607-1230 smigelski.andy@gmail.com