IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ANDREW SMIGELSKI,**

    Plaintiff,

v.

**FEDERAL BUREAU OF INVESTIGATION, et al.,**

    Defendants.

Case No. 2:25-cv-01013

Judge Edmund A. Sargus, Jr.

Magistrate Judge Kimberly A. Jolson

---

## ORDER GRANTING EMERGENCY TEMPORARY PROTECTIVE ORDER

Upon consideration of Plaintiff's Emergency Motion for Temporary Protective Order, the supporting evidence, and for good cause shown,

**IT IS HEREBY ORDERED that:**

**IMMEDIATE RELIEF (Effective Immediately Upon Entry):**

    **1. Defendants, their agents, employees, and anyone acting in concert with them are ENJOINED from:**

        a. Operating any IMSI catcher, Stingray, or similar cell-site simulator within ten (10) miles of Plaintiff's residence at 1015 Bryan Road, Sugar Grove, Ohio 43155;

b. Intercepting, delaying, opening, photographing, or otherwise tampering with Plaintiff's mail or packages;

c. Conducting DNS poisoning, BGP manipulation, or any form of network interference targeting Plaintiff's internet connections;

d. Jamming or interfering with Plaintiff's electronic communications;

e. Manipulating or causing to be manipulated any AI platform responses directed to Plaintiff;

f. Destroying, altering, or failing to preserve any records, logs, or evidence related to surveillance of Plaintiff.

**DISCLOSURE REQUIREMENTS (Within 7 Days):**

**2. Defendants SHALL disclose to Plaintiff:**

a. All surveillance programs, operations, or activities targeting Plaintiff since January 1, 2025;

b. The identity and agency affiliation of all personnel involved in surveillance of Plaintiff;

c. Any and all legal authorities (warrants, National Security Letters, FISA orders, etc.) claimed as justification for surveillance activities targeting:

- Plaintiff

- This Court, Judge Edmund A. Sargus, Jr., or Judge Kimberly A. Jolson

- Any judicial staff or law clerks of this Court

- The Clerk's office or any personnel thereof

- Any party, counsel, or witness in this case

- **Amazon.com, Inc., specifically its Executive Customer Relations department**

- **Any member of Congress contacted by Plaintiff regarding surveillance**

- **Any congressional staff who received Plaintiff's communications**

d. Any surveillance, monitoring, or interception of:

- Communications to/from this Court

- CM/ECF system access or filings

- Judicial deliberations, conferences, or chambers communications

- Court telephone, email, or electronic systems

- **Communications between Plaintiff and Amazon ECR**

- **Communications between Plaintiff and Congress**

e. All third parties (corporations, contractors, etc.) involved in surveillance operations.

f. **All gag orders, NSLs, or other legal instruments preventing any party from disclosing surveillance activities.**

### SPECIAL MASTER:

3. The Court APPOINTS [Name] as Special Master to:

a. Monitor compliance with this Order;

b. Review any classified materials Defendants claim prevent full disclosure;

c. Report to the Court within 14 days on the scope of surveillance operations;

d. Recommend additional protective measures if necessary.

**ENFORCEMENT:**

**4. Violations of this Order may result in:**

a. Contempt of court proceedings;

b. Monetary sanctions of $100,000 per violation per day;

c. Referral to the Department of Justice for criminal prosecution;

d. Adverse inference instructions at trial.

**EXPEDITED PROCEEDINGS:**

**5.** A hearing on Plaintiff's request for preliminary injunction is **SCHEDULED** for _____ at _____.

**6.** Defendants **SHALL** file any response to this Order within 48 hours.

**7.** Discovery related to surveillance activities is **EXPEDITED** with responses due within 10 days.

**PRESERVATION:**

**8.** Defendants **SHALL** immediately implement a litigation hold preserving all documents, electronic records, logs, and communications related to Plaintiff.

**LIFTING OF GAG ORDERS:**

**9.** Any and all gag orders, National Security Letters, or similar restrictions preventing the following parties from discussing surveillance of Plaintiff are **HEREBY LIFTED** to the extent necessary to comply with this Order and participate in this litigation:

      a. Amazon.com, Inc. and its Executive Customer Relations department;

      b. Any member of Congress or congressional staff contacted by Plaintiff;

      c. Any third party with knowledge of surveillance operations against Plaintiff;

      d. Any witness with relevant testimony for this case.

**NOTICE:**

**10.** The Clerk **SHALL** immediately serve this Order on all Defendants by the most expeditious means available.

**11.** Defendants **SHALL** confirm receipt and compliance within 24 hours of service.

**12.** Defendants **SHALL** immediately notify all gagged parties that they may now communicate with Plaintiff and this Court regarding surveillance activities.

**This Order shall remain in effect until further order of this Court.**

**IT IS SO ORDERED.**

**DATED:** _____

          **EDMUND A. SARGUS, JR.**
          United States District Judge