# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

**ANDREW SMIGELSKI,**
 Plaintiff,

v.

**FEDERAL BUREAU OF INVESTIGATION, et al.,**
 Defendants.

Case No. 2:25-cv-01013
 Judge: Edmund Sargus
 Magistrate Judge: Kimberly Jolson

---

## PLAINTIFF'S SUPPLEMENTAL FILING IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

## (Incorporating Evidence of Corporate Participation in Retaliatory Surveillance)

Plaintiff Andrew Smigelski respectfully submits this supplemental filing to incorporate critical evidence demonstrating the systematic nature of the retaliatory campaign following his FOIA request and subsequent federal litigation.

## I. SUPPLEMENTAL STATEMENT OF FACTS

### A. Timeline of Escalating Retaliation

The Court should be aware of the following documented sequence establishing the retaliatory pattern:

1. **Summer 2025**: Plaintiff submitted FOIA request to FBI
2. **Post-FOIA**: Systematic irregularities with Amazon packages began
3. **October 22, 2025**: Plaintiff sent formal legal notice to Amazon CEO (Exhibit A)
4. **October 22-Present**: Amazon failed to respond; tampering methods evolved
5. **October 28, 2025**: Individuals impersonating law enforcement appeared at residence
6. **October 29, 2025**: Electronic warfare tactics escalated
7. **October 31, 2025**: Ongoing harassment necessitating emergency relief

## B. Evidence of Corporate Participation in Surveillance Program

**Exhibit A** (attached) demonstrates:

1. **Prior Notice and Opportunity to Cure**: Plaintiff provided Amazon with 10-day notice to cease surveillance activities and respond to specific concerns regarding package tampering that began only after his FOIA request.
2. **Evolution of Tampering Methods**: After Plaintiff's initial complaint to Amazon customer service about packages being opened and resealed, the methods changed entirely - packages began arriving in different boxes with misaligned labels and unexplained markings. This adaptation demonstrates:
   - Awareness of Plaintiff's complaints
   - Deliberate continuation of surveillance program
   - Coordination suggesting government directive
3. **Pattern Recognition**: Plaintiff explicitly connected the surveillance to his First Amendment activities, stating: "These irregularities began only after I exercised my legal rights under FOIA and filed suit against the FBI."
4. **Institutional Failure**: Amazon's documented failure to provide promised management callbacks (twice) suggests either:
   - Inability to address due to government directive
   - Deliberate participation in surveillance program

# II. SUPPLEMENTAL LEGAL ARGUMENT

## A. Exhaustion of Administrative Remedies

Plaintiff's October 22, 2025 communication demonstrates he:

- Attempted resolution through proper corporate channels
- Provided specific evidence and timeline
- Offered opportunity for private resolution
- Waited beyond the requested 10-day response period

The complete failure to respond, coupled with continuation and evolution of surveillance tactics, necessitates judicial intervention.

### B. Enhanced Showing of Irreparable Harm

The October 22 communication explicitly states: "This surveillance has compounded the severe emotional distress and trauma I have already endured from documented federal retaliation following my exercise of First Amendment rights."

The progression from that date to today shows:

- Escalation from package surveillance to physical intimidation
- Evolution from passive monitoring to active harassment
- Expansion from corporate actors to individuals impersonating law enforcement

### C. Evidence of Coordinated State-Private Action

The synchronized nature of harassment across multiple vectors - package surveillance, electronic warfare, and physical intimidation - following a single triggering event (FOIA request) establishes probable coordination requiring immediate judicial intervention.

## III. INCORPORATION INTO REQUESTED RELIEF

Based on this supplemental evidence, Plaintiff respectfully requests the Court modify the proposed TRO to additionally:

1. **Enjoin third-party corporate actors** from participating in surveillance or harassment activities at government direction
2. **Order preservation** of all communications between government defendants and corporate entities regarding Plaintiff
3. **Require disclosure** of any National Security Letters, FISA orders, or other directives compelling corporate surveillance

## IV. URGENCY OF SUPPLEMENTAL FILING

This supplemental evidence is submitted on October 31, 2025, the same day as the initial TRO motion, due to:

1. **Escalating Pattern**: The October 22 warning to Amazon has resulted in intensified rather than ceased harassment
2. **Demonstrable Retaliation**: The progression from corporate surveillance to physical intimidation shows acceleration requiring immediate intervention
3. **Ongoing Harm**: Every day without relief compounds the constitutional violations and psychological trauma

## V. CONCLUSION

The attached October 22, 2025 communication to Amazon establishes that:

1. Plaintiff attempted good-faith resolution before seeking judicial relief
2. The retaliatory campaign is systematic and coordinated
3. Multiple actors are participating in unconstitutional surveillance
4. The harassment has escalated despite formal notice
5. Immediate judicial intervention is the only remaining remedy

Plaintiff respectfully requests the Court consider this supplemental evidence in evaluating the emergency motion for temporary restraining order.

Respectfully submitted,

**ANDREW SMIGELSKI**
Pro Se Plaintiff
1015 Bryan Road
Sugar Grove, Ohio 43155
614-607-1230
smigelski.andy@gmail.com

Dated: October 31, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025, a true and correct copy of this Supplemental Filing will be served via the Court's CM/ECF system and/or U.S. Mail to all defendants once judicial action on the TRO motion permits formal service.

/s/ Andrew Smigelski
ANDREW SMIGELSKI

## EXHIBIT A

## Email Communication to Amazon CEO Jeffrey Bezos