A S &lt;smigelski.andy@gmail.com&gt;

---

## Legal Notice: Systematic Package Surveillance Following FOIA Request
1 message

A S &lt;smigelski.andy@gmail.com&gt;                                                                                 Wed, Oct 22, 2025 at 9:29 PM
To: Jeff@amazon.com

Dear Mr. Bezos,

I am writing to notify you of serious concerns regarding my Amazon deliveries that require immediate executive attention before I pursue federal litigation. I am prepared to file complaints with the FTC, state attorneys general, European data protection authorities, and to engage the ACLU of Ohio, Electronic Frontier Foundation, and Senate Judiciary Committee regarding Amazon's undisclosed surveillance practices affecting customers who exercise constitutional rights.

I want to emphasize that I have been a satisfied Amazon customer for years and have genuinely valued your services. I've been a Prime member, participated in the Vine program, and have consistently relied on Amazon for both personal and business needs. The convenience, innovation, and customer focus Amazon typically demonstrates has earned my loyalty - which makes the following situation all the more troubling and disappointing.

Following my Freedom of Information Act request to the FBI in Summer 2025 and subsequent federal lawsuit, I have documented systematic irregularities with my Amazon packages. The nature and timing of these irregularities suggest participation in targeted surveillance.

When I first reported package tampering to Amazon customer service, I was promised a management callback within 48 hours. This never occurred. Upon my second complaint, I was promised an email from management within 24 hours. This also never occurred. Both conversations were documented and included photographic evidence.

I am concerned this may be affecting other customers who have engaged in protected First Amendment activities. My research suggests this could be part of a broader pattern requiring class action remedies.

What concerns me most is that after reporting the initial tampering (packages being opened and resealed), the method changed entirely. My packages now arrive in different boxes with noticeably misaligned shipping labels and unexplained markings outside the standard stamp areas. This adaptation suggests awareness of my complaints and deliberate continuation of the program.

The timing is significant. These irregularities began only after I exercised my legal rights under FOIA and filed suit against the FBI. This pattern appears consistent with targeting of civil rights activists and government accountability advocates.

This surveillance has compounded the severe emotional distress and trauma I have already endured from documented federal retaliation following my exercise of First Amendment rights. The knowledge that my packages are being systematically inspected, combined with other documented harassment, has significantly impacted my mental health, daily functioning, and sense of security in my own home.

Evolution of Tampering Methods:

- Initially after FOIPA: Packages opened, resealed with different tape
- After I complained: Switched to boxes with sloppy/crooked stamps, manual markings
- Customer service: Multiple documented lies about management contact
- Timing: All irregularities post-FOIPA filing

I have photographic documentation of numerous packages showing clear evidence of systematic inspection, including packages resealed with clear and white tape not used in Amazon's packaging process, packages opened along entire seams, and handwritten markings outside standard label areas.

I am requesting the following within 10 days:

1. Cessation of any special handling procedures for my packages
2. Disclosure of any government requests regarding my account
3. Explanation for the packaging changes and markings
4. Explanation for why management never responded as promised
5. Identification of whether this surveillance was conducted pursuant to a National Security Letter, FISA order, or other government directive - if so, provide the legal authority claimed and whether Amazon challenged such requests

Without resolution, Amazon will be named as a defendant and/or witness in multiple federal actions including:

- Current case: Smigelski v. FBI (S.D. Ohio - FOIPA violations)
- Upcoming Bivens actions for constitutional violations
- Additional federal civil rights litigation under 42 U.S.C. § 1983

- Potential class action for surveillance of activists and FOIA requesters

Discovery across these cases would necessarily include all government data-sharing agreements, operational details regarding corporate and law enforcement cooperation, package handling protocols, and communications regarding surveillance programs.

Please ensure all relevant records are preserved pursuant to litigation hold requirements, including internal communications, government correspondence, and any special handling flags on my account.

This matter directly contradicts Amazon's public commitments to customer privacy and data protection. I would prefer to resolve this privately and directly, but I am prepared to pursue all available remedies including public disclosure of this surveillance program if necessary.

Please respond within 10 days to avoid litigation.

Respectfully,

Andrew Smigelski
1015 Bryan Road
Sugar Grove, Ohio 43155
614-607-1230
Smigelski.andy@gmail.com

Attachments: Multiple photos of packages inconsistent with what I have come to expect from your (typically great) company

**4 attachments**


**1575.jpg**
3965K


**1527.jpg**
5796K


**1401.jpg**
1953K



**PXL_20250918_213517024(2).jpg**
4325K