UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

ANDREW SMIGELSKI,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Case No. 2:25-cv-01013

---

November 5, 2025

**Magistrate Judge Jolson:**

If your experience in these past few weeks or months has been anywhere near the same as mine, I apologize for bringing you into this case. As you know, it wasn't my choice, but I was excited to have you as my Magistrate Judge when I saw your name. I've read through your newsworthy cases and have found that we agree on most all of them. I knew from my previous experience in federal litigation that you can be a decent and proper judge. I was excited to have a judge whose views I largely share, and with whom I felt I could get a fair trial.

It is for these views that I know I have, and suspect you have also been subject to several cruel forms of harassment, intimidation and manipulation. These techniques range from those of the Nazis, the Stasi, the KGB, and the FBI under its management by J. Edgar Hoover, now known as the COINTELPRO era.

These cruel and demeaning and intentionally humiliating, frustrating, confusing, demoralizing, and deconstructing techniques were wished things of the past.

Unfortunately, if your experience has been anything like mine, you too have seen that they have not been left there. These campaigns are decided to break our spirits, make us doubt ourselves, make us question (more than necessary) the world around us. They are designed to inflict pain and panic. They are intended to make us come undone.

There's a saying, "The world breaks everyone, and some people are strong in the broken places." I hope you are becoming strong. But that saying was by someone known through his own will and curiosity and drive and determination, and sense of adventure, to be strong. The man, Ernest Hemingway took his own life because of the brutal and cruel tactics of the FBI that we observers thought may have been left in the past.

Hemingway was strong, and you are strong, and I am strong. But these techniques are torture, designed by their nature to break even the strong. Especially the strong.

My life is not what it was even a few weeks ago, let alone a few months, and again if I've caused any of this for you I apologize.

I am strong and I will keep up the fight. And you are strong, but it is ok if you leave it.

There's another saying "The arc of the moral universe is long but it bends toward justice." A quote from another man that the FBI tried to get to commit suicide. Doctor Martin Luther King Jr. was strong and he fought on. And you are strong, but it is ok if you do not.

The fight will go on, the people, the real people of this nation know the truth and know to reject injustice, and they are fighting too.

I hope you will continue to join me in this fight, but if you must take leave from it, I understand. That doesn't mean you're not strong.

To be sent later today is a motion for recusal, not because I think you can't be fair but because I know you can. But we don't always get to pick our battles, and you

didn't get to pick this one.

If you would like to recuse yourself from this nightmare, I don't blame you. But maybe nightmares are where monsters need to be fought. So if you stay, I welcome you.

I am glad to have had you in this case with me and when I wasn't sure I could still grow strong at the broken places, I thought of you and wondered if you were enduring the same.

I hope you are well, can be well, and will be well.

Thank you for holding in there for this long with me,

In strength,

/s/ Andrew Smigelski

Andrew Smigelski

Plaintiff, Pro Se