IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| ANDREW SMIGELSKI, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 2:25-cv-01013 |
| FEDERAL BUREAU OF INVESTIGATION, et al. | ) |
| | ) Judge Edmund A. Sargus, Jr. |
| Defendants. | ) Magistrate Judge Kimberly A. Jolson |
| | ) |
| | ) [PROPOSED] ORDER GRANTING |
| | ) EMERGENCY TEMPORARY |
| | ) RESTRAINING ORDER |
| | ) |

## ORDER GRANTING EMERGENCY TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff's Emergency Motion for Temporary Restraining Order, filed on November 6, 2025, and for good cause shown, the Court finds:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331.

2. Plaintiff has demonstrated a likelihood of success on the merits of his First Amendment retaliation claim, Fourth Amendment violation claim, and FOIA/Privacy Act claims.

3. Plaintiff has shown he will suffer irreparable harm absent immediate injunctive relief, including potential arrest on pretextual charges, public defamation, and continued constitutional violations.

4. The balance of equities tips decidedly in Plaintiff's favor.

5. The public interest is served by preventing government retaliation against citizens exercising their right to seek judicial redress.

6. The requirements of Federal Rule of Civil Procedure 65 are satisfied.

**THEREFORE, IT IS HEREBY ORDERED:**

**I. TEMPORARY RESTRAINING ORDER**

Defendants FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, PAM BONDI, KASH PATEL, and JOHN DOES 1-50, and their officers, agents, servants, employees, and all persons in active concert or participation with them, are **IMMEDIATELY ENJOINED AND RESTRAINED** from:

**A. ARRESTS AND DETENTION**

1. Arresting, detaining, or initiating criminal proceedings against Plaintiff except:

- Pursuant to a valid arrest warrant issued by a neutral magistrate in open court
- Based on probable cause unrelated to this litigation
- With 24-hour advance written notice to Plaintiff's counsel (or Plaintiff if pro se)

- No terrorism or national security charges that would invoke FISA or secret proceedings

- All proceedings must be public and on the record

### B. PUBLIC COMMUNICATIONS

2. Releasing, publishing, or communicating any information about Plaintiff to:

- News media organizations

- Social media platforms

- Any public forum or outlet

### C. PHYSICAL PRESENCE

3. Entering or approaching within 2000 feet of:

- Plaintiff's residence at 1015 Bryan Rd, Sugar Grove, Ohio

- Plaintiff's business premises

- Plaintiff's person

4. **Exception:** This prohibition does not apply to chance encounters in public spaces or legitimate law enforcement activities unrelated to Plaintiff.

### D. ELECTRONIC INTERFERENCE

5. Intercepting, monitoring, jamming, or interfering with:

- Plaintiff's electronic communications

- Internet connectivity

- Computer systems or devices

- Telephone communications

### E. MAIL AND PACKAGE INTERFERENCE

6. Opening, delaying, tampering with, or interfering with:

- United States mail addressed to or from Plaintiff
- Packages or deliveries to Plaintiff

### F. SURVEILLANCE

7. Conducting surveillance of Plaintiff by:

- Electronic monitoring
- GPS or location tracking
- Signal interception
- Any digital surveillance means

### G. RETALIATION

8. Taking any retaliatory action against Plaintiff based on:

- The filing of this lawsuit
- Exercise of First Amendment rights
- Exercise of FOIA rights
- Any protected activity

### H. EVIDENCE PRESERVATION

9. Destroying, deleting, or altering any:

- Documents related to surveillance of Plaintiff
- Communications regarding Plaintiff
- Evidence of activities described in Plaintiff's motion

## II. IMMEDIATE DISCLOSURE

Defendants shall, within 24 hours of this Order, file under seal:

1. A sworn declaration describing any planned action regarding Plaintiff scheduled for November 6-7, 2025

2. The factual basis for the November 1, 2025 entry into Plaintiff's residence

3. The identity and agency affiliation of all agents involved in the November 1 entry

## III. EXPEDITED PROCEEDINGS

IT IS FURTHER ORDERED:

1. **Emergency Hearing:** A hearing on Plaintiff's Motion for Preliminary Injunction is SET for [DATE], 2025, at [TIME] in Courtroom [#].

2. **Expedited Discovery:** Plaintiff may immediately commence discovery limited to:

   - The November 1, 2025 home entry
   - Post-filing surveillance and harassment
   - The November 6, 2025 threat

3. **Response Deadline:** Defendants shall file their response to the Motion for Preliminary Injunction by [DATE], 2025, at 5:00 PM EST.

## IV. BOND

Given the constitutional nature of the violations alleged and Plaintiff's limited financial resources compared to the Government, no bond is required. Fed. R. Civ. P. 65(c).

## V. DURATION

This Temporary Restraining Order shall remain in effect for fourteen (14) days, until [DATE], 2025, at 5:00 PM EST, unless extended by the Court or by agreement of the parties.

## VI. SERVICE

The Clerk is **DIRECTED** to serve this Order immediately by:

- ECF notification to all counsel of record
- Email to the United States Attorney's Office
- Facsimile to FBI Cleveland Field Office
- Certified mail to the Department of Justice

## VII. ENFORCEMENT

The United States Marshal Service is **AUTHORIZED and DIRECTED** to serve this Order on Defendants and to take all necessary action to enforce its provisions.

Violation of this Order may result in:

- Contempt of court proceedings
- Criminal prosecution under 18 U.S.C. § 401
- Additional civil liability

## VIII. MODIFICATION

Either party may seek modification of this Order upon showing of changed circumstances or good cause.

**IT IS SO ORDERED.**

DATED this \_\_\_\_ day of November, 2025, at \_\_\_\_ [AM/PM] EST.

---

**UNITED STATES DISTRICT JUDGE**

Southern District of Ohio

### **NOTICE TO DEFENDANTS**

### **VIOLATION OF THIS ORDER IS PUNISHABLE BY CONTEMPT OF COURT**

You are hereby notified that violation of this Temporary Restraining Order may subject you to:

1. Civil contempt proceedings and coercive sanctions

2. Criminal contempt prosecution

3. Personal liability for damages

4. Criminal prosecution for obstruction of justice

If you have questions about what conduct is prohibited, you should consult with legal counsel immediately. When in doubt, refrain from any action that might violate this Order.

This Order is binding upon:

- All named Defendants

- All federal agents aware of this Order

- Any person acting in concert with Defendants

**EFFECTIVE IMMEDIATELY UPON ISSUANCE**