United States District Court
Southern District of Ohio

_____

**Related Case Memorandum
Civil Cases**

TO: Chief Judge Morrison, Judge Sargus, Judge Graham, Magistrate Judge Jolson, and Magistrate Judge Vascura

FROM: Bailey Williams , Case Administrator

DATE: November 21, 2025

SUBJECT: Case Caption: Andrew Smigelski v. Amazon.com, Inc., et al.

CASE: Case Number: Doc. 2:25-cv-1342

DISTRICT JUDGE: Judge Graham/Magistrate Judge Jolson

File Date: 11/19/2025

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):** **Andrew Smigelski v. FBI, et al.**

Case Caption: **Smigelski v. FBI, et al.**

| | | | |
|---|---|---|---|
| Case Number: | **Doc. 2:25cv-1338** | District Judge: | **Morrison** |
| File Date: | **11/19/2025** | Magistrate Judge: | **Vascura** |

**Related Case(s):** **Andrew Smigelski v. Federal Bureau of Investigation, et al.**

Case Caption: **Andrew Smigelski v. Federal Bureau of Investigation, et al.**

| | | | |
|---|---|---|---|
| Case Number: | **Doc. 2:25-cv-1013** | District Judge: | **Sargus** |
| File Date: | **9/4/2025** | Magistrate Judge: | **Jolson** |

Memo Re: Related Civil Cases
Page 2


The District Judges having conferred, we respond to Case Administrator    **Bailey Williams**
as follows:


**Judges' Response:**

☐    We agree that the cases are **<u>not</u>** related and that the subject case should remain
with the Judge to whom it is assigned.

☒    We agree that the cases **<u>are</u>** related and that the subject case should be
transferred to the docket of Judge    **Sargus**

☐    We agree that although the cases **<u>are</u>** related, the subject case nevertheless should
remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases
are **<u>not</u>** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases
**<u>are</u>** related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____

_____


s/Edmund A. Sargus, Jr.
United States District Judge


/s/James L. Graham
United States District Judge


s/Sarah D. Morrison
United States District Judge


Cc:  Courtroom Deputies


*Revised 7/19/2012*