# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

**ANDREW M. SMIGELSKI,**

    Plaintiff,

v.

**FEDERAL BUREAU OF INVESTIGATION,** et al.,

    Defendants.

Case No. 2:25-cv-01013

Judge Edmund A. Sargus, Jr.

## NOTICE OF SETTLEMENT DISCUSSIONS

Plaintiff Andrew M. Smigelski, proceeding pro se, hereby notifies the Court that he has transmitted a formal settlement demand to all defendants in this matter and the related consolidated actions. The demand was transmitted to counsel for the federal defendants and to Amazon.com, Inc. on December 3, 2025. Plaintiff has requested a response within forty-five (45) days.

Plaintiff files this notice to inform the Court that good-faith settlement efforts are underway in advance of any further rulings on the existing record. Plaintiff remains prepared to proceed with litigation if settlement is not reached, but is hopeful that the parties can resolve this matter without further expenditure of judicial resources.

No response or action from the Court is requested at this time.

Respectfully submitted,

*/s/ Andrew M. Smigelski*

Andrew M. Smigelski

Plaintiff, Pro Se

Sugar Grove, Ohio 43155

Smigelski.andy@gmail.com

(614) 607-1230

Dated: December 3, 2025

---

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2025, the foregoing Notice of Settlement Discussions was filed electronically via the Court's CM/ECF system, which will send notification of such filing to all counsel of record. The underlying settlement demand was transmitted separately via email and/or facsimile to:

- Office of the United States Attorney, Southern District of Ohio (counsel for federal defendants)
- Amazon.com, Inc., Legal Department

*/s/ Andrew M. Smigelski*

Andrew M. Smigelski