**AFFIDAVIT**

State of Ohio ) ) SS: County of Fairfield)

I, Andrew Smigelski, being first duly sworn, depose and state as follows:

1. My name is Andrew Smigelski, and I am over the age of 18 years. I reside at 1015 Bryan Road, Sugar Grove, Ohio 43155. This affidavit is based on information provided to me by ▇▇▇ and my personal knowledge.
2. ▇▇▇ disclosed to me that he was sexually abused by his older half-brother, Josh Dixon, when ▇▇▇ was approximately 7 to 8 years old. ▇▇▇ is now 23 years old.
3. Upon asking clarifying questions, ▇▇▇ explicitly confirmed that the actions committed by Josh Dixon constituted sexual assault.
4. I learned that Josh Dixon is now 36 years old. At the time of the abuse, ▇▇▇ was a minor, and Josh Dixon was an adult.
5. Josh Dixon currently resides in or around Glouster, Ohio, and is employed as a Police Officer for the city of Glouster.
6. ▇▇▇ expressed fear for Josh Dixon's son, ▇▇▇ who is currently 6 years old and approaching the age that ▇▇▇ was when he was sexually assaulted by Josh Dixon.
7. I am concerned for the safety of other children due to Josh Dixon's current involvement with young boys. Josh Dixon posted on Facebook earlier this fall seeking participants for an under-8 boys' fall baseball team. It appears he is directly involved in coaching or assisting this team.
8. Josh Dixon's Facebook account regularly displays photos of his son, ▇▇▇ interacting with other young boys around the same age.
9. Josh Dixon's Facebook account is: https://www.facebook.com/josh.dixon.391
10. I reported this to the Athens County CPS on April 1, 2024 and was told I would receive a follow-up call, which I never did. I reported again in November 2024 but do not know if the issue has been investigated or reported.

I affirm that the above statements are true to the best of my knowledge and belief. I am submitting this affidavit to the United States Attorney's Office for the Southern District of Ohio for appropriate review and action.

Further affiant sayeth naught.

*/s/ Andrew Smigelski*

Andrew Smigelski
1015 Bryan Road
Sugar Grove, Ohio 43155
614-607-1230

Subscribed and sworn to before me this 25 day of November 2024.

Notary Public
My commission expires: 3/28/2028

*[Notary seal: ERIN BAKER, NOTARY PUBLIC, STATE OF OHIO, MY COMMISSION EXPIRES 03/28/2028]*