**Refusal to Accept Affidavit**

On November 25, 2024 an affidavit was attempted to be submitted by Andrew Smigelski regarding allegations of child sexual abuse involving Josh Dixon, a resident of Glouster, Ohio, and concerns for the safety of his son, Jackson, and other children in the community. The affidavit outlines serious allegations of abuse and potential risks to minors.

The U.S. Attorney's Office for the Southern District of Ohio did not accept the affidavit for submission.

By signing below, I acknowledge attempted receipt of the affidavit and confirm that it will not be accepted.

**Signature of Receiving Party:** _____

**Printed Name:** _____

**Title:** _____

**Date:** _____