Andrew Smigelski
1015 Bryan Road
Sugar Grove, Ohio 43155
614-607-1230

November 26, 2024

Office of the Inspector General
Investigations Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

Subject: Submission of Complaint Regarding Federal Agent Misconduct and Related Concerns

To Whom It May Concern:

I am writing to formally request an investigation into the conduct of federal agents and staff present at the U.S. Attorney's Office for the Southern District of Ohio (Columbus office) on November 25, 2024, between 2:00 PM and 3:00 PM. During this time, I attempted to submit an affidavit documenting serious allegations of child sexual abuse, along with supporting documents, and encountered several alarming behaviors that I believe warrant review by your office.

**Details of the Incident:**

1. I attempted to submit a notarized affidavit detailing allegations of sexual abuse by Josh Dixon, a police officer in Glouster, Ohio. The affidavit also expressed concerns for the safety of children currently in his proximity, including his young son and boys on a youth baseball team he coaches.
2. Present in the office at the time were an FBI agent and an ATF agent. I provided them with details of the allegations and attempted to submit the affidavit for their review and action. Both agents declined to accept the affidavit or document my attempt to submit it.
3. Additionally, I presented an acknowledgment of refusal form for their signature, which would have documented their refusal to accept the affidavit. The agents also declined to sign this form.
4. The receptionist, from behind the security glass, repeatedly interjected during this process. She stood up, shouted at the agents not to sign the acknowledgment of refusal, and proceeded to give what appeared to be legal advice, discouraging their cooperation with my submission attempt. Her actions seemed to escalate the situation unnecessarily and appeared highly unprofessional.

**Enclosed Documentation:**

To assist in your review, I am enclosing the following:

1. A photocopy of the notarized affidavit detailing the allegations of abuse.
2. An unsigned copy of the acknowledgment of refusal form that I presented during the interaction.
3. A photocopy of the notarized affidavit I prepared attesting to my attempt to submit these documents and the office's refusal to accept or acknowledge receipt.

The conduct I witnessed raises serious concerns about the willingness of federal representatives to document and address allegations of abuse involving a law enforcement officer. Moreover, the receptionist's behavior and apparent interference in this matter reflect poorly on the professionalism of the office and may indicate a broader issue of accountability.

Given the gravity of the allegations in the original affidavit and the potential misconduct by federal staff and agents, I respectfully request that your office investigate these matters thoroughly. I am deeply concerned about the lack of appropriate action and acknowledgment in a case involving the safety of children.

Please feel free to contact me if further clarification or additional documentation is needed.

Thank you for your attention to this matter.

Sincerely,

Andrew Smigelski
1015 Bryan Rd.
Sugar Grove, Ohio 43155.