

**DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL**

December 18, 2024

Andrew Smigelski
1015 Bryan Road
Sugar Grove, OH 43155

Dear Mr. Smigelski:

Thank you for your recent correspondence received on December 6, 2024. The U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs and operations. After reviewing your complaint, we have determined that the matters that you raised are more appropriate for review by other offices both inside and outside of the DOJ. Therefore, we have forwarded your correspondence to:

U. S. Department of Justice
Executive Office for United States Attorneys
General Counsel
950 Pennsylvania Avenue, NW
Washington, DC 20530

Internal Affairs Division
Bureau of Alcohol, Tobacco, Firearms & Explosives
99 New York Avenue NE
Washington, DC 20226
Phone: (292) 648-7777

Federal Bureau of Investigation
Inspection Division
935 Pennsylvania Avenue NW
Washington, D.C. 20535
Phone: (202) 324-3000

Ohio Attorney General's Office
30 E. Borad Street, 14th Floor
Columbus, OH 43215
Phone: (800) 282-0515

Please direct any further correspondence regarding this matter to these offices.

Of course, if you have information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,

950 Pennsylvania Avenue, NW, Washington, DC 20530-0001