

Andrew Smigelski
1015 Bryan Road
Sugar Grove, Ohio 43155
614-607-1230

November 26, 2024

United States Department of Justice
Criminal Division
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Subject: Submission of Documentation Regarding Refusal to Accept Affidavit at USAO Southern District of Ohio Office

To Whom It May Concern,

I am writing to formally submit documentation regarding my attempts to report serious allegations of child sexual abuse involving Josh Dixon, a police officer in Glouster, Ohio, and the refusal of the United States Attorney's Office for the Southern District of Ohio (USAO-SDOH) to accept my affidavit or provide any written acknowledgment of their refusal to do so.

On November 25, 2024, between 2:00 and 3:00 PM, I visited the Columbus, Ohio office of the USAO-SDOH to submit an affidavit detailing the sexual abuse disclosed to me by ▮▮▮▮. The abuse was alleged to have been committed by Josh Dixon when ▮▮▮ was 7-8 years old. At the time of submission, I also presented a notarized affidavit, an unsigned acknowledgment of refusal for their review, and offered detailed information regarding the case. Despite my efforts, staff at the USAO-SDOH declined to accept the affidavit or any related documents and refused to sign any acknowledgement of their refusal. Additionally, I attempted to report this information to an FBI agent and an ATF agent present at the office during this time, with no action or response to my submission attempts.

Enclosed with this letter are the following documents:

1. A notarized copy of the affidavit detailing the allegations of child sexual abuse against Josh Dixon.
2. An unsigned copy of the acknowledgment of refusal document I presented during my visit to the USAO-SDOH.
3. A notarized affidavit attesting to my attempted submission of these documents and the refusal by the USAO-SDOH staff to accept or acknowledge receipt of the affidavit.

I respectfully submit these materials to the Department of Justice Criminal Division in the hope that appropriate steps will be taken to investigate this matter. My primary concern remains the safety and well-being of children, including Josh Dixon's young son and other children with whom he interacts through his role as a youth baseball coach and his position as a police officer.

I trust that the Department of Justice will take these matters seriously and investigate not only the allegations of abuse but also the conduct of the USAO-SDOH in failing to document or address this critical report.

Thank you for your attention to this matter. I am available to provide further information or documentation as needed and can be reached at the contact information provided above.

Sincerely,

Andrew Smigelski

Enclosures:

- Notarized affidavit detailing allegations of abuse
- Unsigned acknowledgment of refusal
- Notarized affidavit regarding attempted submission and refusal of acceptance