## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### EASTERN DIVISION

ANDREW MARK SMIGELSKI,
     Plaintiff,

     v.

FEDERAL BUREAU OF INVESTIGATION, et al.,
     Defendants.

**Case No. 2:25-cv-01013**

### <u>NOTICE OF RESCISSION OF SETTLEMENT OFFERS</u>

### (Federal Defendants Only)

Plaintiff Andrew Mark Smigelski, proceeding pro se, hereby provides notice to this Court and all parties that the settlement offers extended to Federal Defendants are rescinded, effective immediately.

## I. BACKGROUND

1. On December 10, 2025, Plaintiff sent formal settlement demand letters to Federal Defendants, including the Federal Bureau of Investigation, United States Department of Justice, and United States Postal Service.

2. These demands were delivered via DHL Express on December 15, 2025, providing documented proof of receipt.

3. The settlement offers established a deadline of December 31, 2025 for Federal Defendants to open settlement dialogue.

4. In consideration of potential settlement discussions, Plaintiff committed to refrain from filing additional motions or complaints during this period if dialogue was established.

## II. FEDERAL DEFENDANTS' FAILURE TO RESPOND

5. As of January 1, 2026, Federal Defendants have failed to respond to Plaintiff's settlement demands in any manner.

6. Federal Defendants have not acknowledged receipt of the demands, nor have they initiated any settlement dialogue.

7. The December 31, 2025 deadline has expired without any communication from Federal Defendants.

8. This complete non-response continues a pattern of ignoring Plaintiff's legitimate legal claims and his constitutional right to petition the government for redress of grievances.

## III. RESCISSION OF SETTLEMENT OFFERS

9. Based on Federal Defendants' failure to engage in any settlement dialogue by the stated deadline, Plaintiff hereby rescinds all settlement offers extended to Federal Defendants.

10. The settlement terms previously offered are no longer available to Federal Defendants.

11. Plaintiff will now pursue all available legal remedies without further attempts at pre-litigation settlement with Federal Defendants.

## IV. SCOPE

12. This notice applies only to Federal Defendants and does not affect Defendants Amazon.com, Inc. or Andrew R. Jassy.

## V. CONCLUSION

13. Plaintiff gave Federal Defendants every reasonable opportunity to resolve this matter without further litigation. Their complete silence demonstrates a lack of good faith engagement with Plaintiff's legitimate claims.

14. Plaintiff will now proceed with all available remedies, including but not limited to: filing motions for ruling on pending matters, filing additional complaints as appropriate, and pursuing any other relief to which Plaintiff may be entitled.

Dated: January 1, 2026

Respectfully submitted,

/s/ Andrew Mark Smigelski
**Andrew Mark Smigelski**
*Pro Se*
1015 Bryan Road
Sugar Grove, Ohio 43155
Phone: (614) 607-1230
Email: smigelski.andy@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 1, 2026, a copy of the foregoing Notice of Rescission of Settlement Offers was filed electronically via CM/ECF. Parties may access this filing through the Court's electronic filing system.

/s/ Andrew Mark Smigelski
**Andrew Mark Smigelski**