UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANDREW MARK SMIGELSKI,
              Plaintiff,

v.                                        Case No. 2:25-cv-01013

FEDERAL BUREAU OF INVESTIGATION,      Judge Edmund A. Sargus, Jr.
et al.,                                           Magistrate Judge
                                                             Kimberly A. Jolson

              Defendants.

_____

## MOTION FOR STATUS CONFERENCE AND

## RULING ON PENDING MATTERS

_____

Plaintiff Andrew Mark Smigelski, proceeding *pro se*, respectfully moves this Court for a status conference and requests immediate rulings on matters that have been pending for an extended period. In support thereof, Plaintiff states as follows:

### BACKGROUND

**1.** This civil rights action was filed in this Court alleging systematic surveillance and retaliation by federal agencies following Plaintiff's exercise of First Amendment rights, specifically filing FOIA requests and instituting federal litigation.

**2.** In September 2025, Magistrate Judge Kimberly A. Jolson issued a Report and Recommendation recommending dismissal of certain claims.

**3.** Plaintiff timely filed Objections to the Report and Recommendation in October 2025, as required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

**4.     More than three months have now passed since Plaintiff filed objections, yet no ruling has been issued.**

## PENDING MATTERS REQUIRING RULING

5.     The following matters remain pending before this Court without ruling:

    a.     Plaintiff's Objections to Magistrate Judge's Report and Recommendation (filed October 2025);

    b.     Emergency Motion for Temporary Restraining Order;

    c.     Emergency Motion for Preservation of Evidence;

    d.     Related emergency motions filed due to ongoing harm.

## GROUNDS FOR RELIEF

6.     Plaintiff is entitled to de novo review of Magistrate Judge Jolson's Report and Recommendation upon timely filing of objections. 28 U.S.C. § 636(b)(1).

7.     The extended delay in ruling on Plaintiff's objections—now exceeding three months—prejudices Plaintiff's ability to pursue his claims and obtain meaningful relief.

8.     The emergency motions, by their nature, require prompt adjudication. Evidence preservation issues become more critical with each passing day, as the smoking gun evidence—USPS tracking database entries dated April 1, 2025 for a package not created until June 11, 2025—could be altered or destroyed.

9.     Plaintiff, proceeding without counsel, has diligently prosecuted this action and is entitled to have his properly-filed motions adjudicated within a reasonable time.

**10.** The passage of time without rulings on emergency matters effectively denies Plaintiff access to the judicial relief he seeks, as the ongoing surveillance and retaliation continue unabated.

## REQUEST FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Court:

**A.** Schedule a status conference to address the pending matters and establish a timeline for resolution;

**B.** Issue rulings on Plaintiff's Objections to the Report and Recommendation;

**C.** Rule on the pending emergency motions, particularly the Motion for Preservation of Evidence;

**D.** Provide Plaintiff with an explanation of any procedural impediments causing delay, if any exist; and

**E.** Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Andrew Mark Smigelski*
**Andrew Mark Smigelski**
*Pro Se* Plaintiff
1015 Bryan Road
Sugar Grove, Ohio 43155
Phone: (614) 607-1230
Email: smigelski.andy@gmail.com

Dated: January 1, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on January 1, 2026, a copy of this Motion for Status Conference was filed electronically via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Andrew Mark Smigelski*
Andrew Mark Smigelski