**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

ANDREW SMIGELSKI,

        **Plaintiff,**

        v.

FEDERAL BUREAU OF
INVESTIGATION, et al.,

        **Defendants.**

        **Case No. 2:25-cv-1013**
        **Judge Edmund A. Sargus**
        **Magistrate Judge Kimberly A. Jolson**

## ORDER

Before the Court is Plaintiff's Motion to Seal. (Doc. 21). Plaintiff seeks to retroactively seal two exhibits because they "inadvertently" revealed the identity of a minor child. (*Id.*). It also appears that Plaintiff seeks permission to redact the names of minor children in future filings. (*Id.*).

Under Federal Rule of Civil Procedure 5.2, minors should be referred to by their initials only. Fed. R. Civ. P. 5.2(a)(4). Consequently, good cause supports Plaintiff's request to seal the two previously filed exhibits that reveal a minor's first or last name. Plaintiff's Motion (Doc. 21) is **GRANTED**. The Clerk is **DIRECTED** to seal Doc. 18-2 and Doc. 18-3. Plaintiff is **ORDERED** to file versions of these documents with either the minor's name fully redacted or displaying only the minor's initials within seven (7) days. Plaintiff may also continue to file papers containing a minor child's name in this manner consistent with Rule 5.2.

As a final note, Plaintiff appears to want the Court to apply this Order to another one of his cases, Case No. 2:25-cv-1338. That request is **DENIED** to the extent Plaintiff seeks to retroactively seal documents on that docket. To do so, he must file a separate request in Case No. 2:25-cv-1338.

    IT IS SO ORDERED.

    Date: January 20, 2026        /s/ Kimberly A. Jolson
                                    KIMBERLY A. JOLSON
                                    UNITED STATES MAGISTRATE JUDGE