IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW SMIGELSKI, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:25-cv-01013 |
| v. | ) | |
| | ) | Judge Edmund A. Sargus |
| FBI, et al., | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| Defendants. | ) | |

___

**NOTICE OF FILING OF PETITION WITH THE
UNITED STATES FOREIGN INTELLIGENCE SURVEILLANCE COURT
AND SUSPICIOUS DELIVERY CIRCUMSTANCES**

___

Plaintiff Andrew Smigelski, proceeding *pro se*, hereby notifies this Court of the following:

**I. FISC PETITION FILED**

1. On January 21, 2026, Plaintiff shipped a Petition for Access to FISC Proceedings, Due Process Review, and Franks Hearing Challenging Fabricated Warrant Applications to the United States Foreign Intelligence Surveillance Court ("FISC") at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue NW, Washington, DC 20001.

2. The Petition demands: (a) confirmation or denial of whether any FISA application, order, or directive has been sought or issued regarding Plaintiff; (b) a Franks hearing to determine whether any such applications contained materially false statements; and (c) appointment of amicus curiae to represent Plaintiff's interests.

3. Plaintiff believes this may be the first petition ever filed directly to FISC by an individual American citizen challenging surveillance in the court's 47-year history.

**II. SHIPMENT DETAILS**

4. The Petition was sent via DHL Express (Waybill No. 7030685314, Piece ID: JD014600012490028822) from Medellín, Colombia.

5. According to DHL tracking records, the shipment followed this route:

- January 21, 2026, 5:11 PM — Picked up in Medellín, Colombia
- January 22, 2026, 1:16 PM — Processed through Bogotá, Colombia

- January 22, 2026, 9:23 PM — Clearance processing complete at Miami Gateway
- January 23, 2026, 2:41 AM — Arrived at Cincinnati Hub (Ohio)
- January 23, 2026, 8:29 AM — Departed Baltimore Airport
- January 23, 2026, 9:31 AM — Arrived at DHL Delivery Facility, Washington
- January 23, 2026, 12:09 PM — Marked "Delivered"

### III. SUSPICIOUS PROOF OF DELIVERY

6. The DHL Proof of Delivery ("POD") document raises significant concerns about whether the Petition was actually delivered to the FISC Clerk's Office:

**a. Destination Service Area:** The POD lists the destination as "WASHINGTON - RONALD REAGAN NATIONAL" — an airport service area, not the E. Barrett Prettyman United States Courthouse where FISC is located.

**b. Signatory:** The POD shows the package was signed for by "jones" (lowercase, no first name) with an illegible signature scrawl. FISC is a classified federal court with restricted access — filings should be received by identifiable Clerk's Office personnel, not an anonymous "jones."

**c. No Street Address:** The POD does not show the actual street address where the package was delivered. It shows only a DHL "service area" designation.

### IV. PATTERN OF INTERCEPTION

7. This suspicious delivery follows a documented pattern of Plaintiff's federal court filings being intercepted or tampered with:

**a. December 2025 SDTX Filing:** A DHL shipment containing legal filings for the Southern District of Texas (Waybill JD01460000123975232) was placed on an unexplained 23-hour post-clearance hold and delivered with a "REPACKED" label indicating the package was opened. This incident is documented in Plaintiff's pending Case No. 5:25-cv-00267 (S.D. Tex.).

8. The government's apparent interception of legal filings to federal courts — including now the FISC — constitutes obstruction of justice, interference with court proceedings, and denial of Plaintiff's constitutional right of access to the courts.

### V. RELIEF SOUGHT

9. Plaintiff respectfully requests that this Court:

a. Take judicial notice of Plaintiff's FISC filing and the suspicious delivery circumstances;

b. Consider these facts as additional evidence of the coordinated surveillance and retaliation alleged in this case;

c. Order Defendants to preserve all records relating to the interception, surveillance, or handling of Plaintiff's court filings.

Respectfully submitted,

/s/ Andrew Smigelski
Andrew Smigelski, Pro Se
1015 Bryan Road
Sugar Grove, Ohio 43155
Email: smigelski.andy@gmail.com

Date: January 24, 2026

## CERTIFICATE OF SERVICE

      I hereby certify that on January 24, 2026, I electronically filed the foregoing Notice of Filing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


/s/ Andrew Smigelski
Andrew Smigelski