

# Track & Trace

Tracking Code: 7030685314

This shipment is handled by: **DHL Express**

## Delivered

Friday, January 23, 2026 at 12:09 PM (UTC -05:00), WASHINGTON - USA

**Origin:** MEDELLIN - COLOMBIA

**Destination:** WASHINGTON - RONALD REAGAN NATIONAL - District of Columbia - USA

**Authenticate Yourself to View More Details**

## More Shipment Details

**Service**
EXPRESS EASY XED

**To protect your privacy, more delivery details are available after validation**

[Electronic Proof of Delivery](#)

**1 Piece ID**
JD014600012490028822

**Waybill Number**
7030685314

## All Shipment Updates

Friday
**January 23, 2026**

✓ 12:09 PM (UTC -05:00)
**Delivered**
WASHINGTON - USA
1 Piece ID: JD014600012490028822

Friday
**January 23, 2026**

⚠ 10:58 AM (UTC -05:00)
**Shipment is out with courier for delivery**
WASHINGTON - USA
1 Piece ID: JD014600012490028822

⚠ 9:31 AM (UTC -05:00)



**Arrived at DHL Delivery Facility WASHINGTON - USA**
WASHINGTON - USA
1 Piece ID: JD014600012490028822

8:29 AM (UTC -05:00)
**Shipment has departed from a DHL facility BALTIMORE AIRPORT - USA**
BALTIMORE AIRPORT - Maryland - USA
1 Piece ID: JD014600012490028822

6:40 AM (UTC -05:00)
**Shipment is in transit to destination**
BALTIMORE AIRPORT - Maryland - USA
1 Piece ID: JD014600012490028822

6:23 AM (UTC -05:00)
**Shipment has departed from a DHL facility CINCINNATI HUB - USA**
CINCINNATI HUB - Ohio - USA
1 Piece ID: JD014600012490028822

6:02 AM (UTC -05:00)
**Processed at CINCINNATI HUB - USA**
CINCINNATI HUB - Ohio - USA
1 Piece ID: JD014600012490028822

2:41 AM (UTC -05:00)
**Arrived at DHL Sort Facility CINCINNATI HUB - USA**
CINCINNATI HUB - Ohio - USA
1 Piece ID: JD014600012490028822

Thursday
**January 22, 2026**

11:09 PM (UTC -05:00)
**Shipment has departed from a DHL facility MIAMI GATEWAY - USA**
MIAMI GATEWAY - Florida - USA
1 Piece ID: JD014600012490028822

10:38 PM (UTC -05:00)
**Processed at MIAMI GATEWAY - USA**
MIAMI GATEWAY - Florida - USA
1 Piece ID: JD014600012490028822

9:23 PM (UTC -05:00)
**Clearance processing complete at MIAMI GATEWAY - USA**
MIAMI GATEWAY - Florida - USA
1 Piece ID: JD014600012490028822

8:13 PM (UTC -05:00)
**Arrived at DHL Sort Facility MIAMI GATEWAY - USA**
MIAMI GATEWAY - Florida - USA
1 Piece ID: JD014600012490028822

4:51 PM (UTC -05:00)
**Customs clearance status updated. Note - The Customs clearance process may start while the shipment is in transit to the destination.**
MIAMI GATEWAY - Florida - USA

4:19 PM (UTC -05:00)
**Shipment has departed from a DHL facility BOGOTA - COLOMBIA**
BOGOTA - COLOMBIA
1 Piece ID: JD014600012490028822

1:16 PM (UTC -05:00)
**Processed at BOGOTA - COLOMBIA**
BOGOTA - COLOMBIA
1 Piece ID: JD014600012490028822

11:17 AM (UTC -05:00)
**Arrived at DHL Sort Facility BOGOTA - COLOMBIA**
BOGOTA - COLOMBIA
1 Piece ID: JD014600012490028822

Wednesday
**January 21, 2026**

8:34 PM (UTC -05:00)
**Shipment has departed from a DHL facility MEDELLIN - COLOMBIA**
MEDELLIN - COLOMBIA

1 Piece ID: JD014600012490028822

8:33 PM (UTC -05:00)
**Processed at MEDELLIN - COLOMBIA**
MEDELLIN - COLOMBIA
1 Piece ID: JD014600012490028822

5:11 PM (UTC -05:00)
**Shipment picked up**
MEDELLIN - COLOMBIA
1 Piece ID: JD014600012490028822

4:45 PM (UTC -05:00)
**Shipment Accepted**
MEDELLIN - COLOMBIA
1 Piece ID: JD014600012490028822

If you would prefer to speak to someone personally about the location of your shipment, please
contact DHL Express Customer Service

## Quick Answers to Common Tracking Questions

When I track my international DHL Express shipments, why do I sometimes get information for a shipment that is not going to the intended destination?

I have tracked a shipment and been told to contact DHL. Why is this?

The tracking results are showing that my shipment is going to a different town or city than it was initially addressed to. Why is this?

How do I learn who signed for my shipment?

As an account customer with DHL, is there a tracking solution I can use to receive an overview of all shipments on my account?

My shipment is showing 'Custom status updated from the destination,' even though the shipment just left the country. What does this mean?

There were shipments displayed, but mine wasn't listed.





**Stop Tracking the Box. Start Tracking Your Future.**

Your career deserves a fast route, too.

Explore open roles (IT, Logistics, Driving, and more) with stability and clear paths for advancement.

Don't wait for your next step – build it!

Unbox Your Potential