A S <smigelski.andy@gmail.com>

# Acknowledgment of Request for Records
2 messages

---

**Angel.Doyle@dot.ohio.gov** <Angel.Doyle@dot.ohio.gov>  Mon, Oct 27, 2025 at 6:53 AM
To: "Smigelski.andy@gmail.com" <Smigelski.andy@gmail.com>
Cc: "Jim.Lapczynski@dot.ohio.gov" <Jim.Lapczynski@dot.ohio.gov>

Mr. Smigelski,

Thank you for your voicemail. I apologize, the email containing your request was overlooked in the inbox. I have begun collecting records responsive to your request and will forward them as I receive them, once a legal review is complete.

Thank you,

**Angel Doyle**

**Public Records Coordinator**

**Office of Chief Legal Counsel**

1980 West Broad Street

MS 1500

Columbus, Ohio 43223

D: 614.752.4692

Angel.doyle@dot.ohio.gov



Subject: **Public Records Request**
County: Hocking

**Comments:**

Pursuant to the Ohio Public Records Act (R.C. §149.43), I am requesting access to the following public records:

1. EMPLOYEE STAFFING RECORDS

All lists, names, job titles, and work schedules for employees assigned to or working at the two rest areas located along US Route 33 in Hocking County, Ohio, for the period of [specific start date - 2 months ago] through [today's date]
Specifically including any records showing which employees were scheduled to work or did work after 7:00 PM on any day during this period
Time sheets, duty rosters, shift assignments, and any electronic or paper scheduling records for these locations

2. LAW ENFORCEMENT INVOLVEMENT RECORDS

All records, reports, logs, communications, and documentation regarding police involvement, responses, or operations at the two US-33 rest areas in Hocking County from January 1, 2024 to present
Including but not limited to: incident reports, call logs, patrol records, arrest records, citations issued, security assessments, and any memorandums of understanding or operational agreements between law enforcement agencies and the entity managing these rest areas
Records from all responding agencies including Ohio State Highway Patrol, Hocking County Sheriff's Office, and any municipal police departments

3. OPIOID OVERDOSE PREVENTION EQUIPMENT RECORDS

The name(s), job title(s), and contact information for the individual(s) responsible for maintaining, inspecting, and restocking the opioid overdose reversal medication boxes (naloxone/Narcan boxes) at the two US-33 rest areas in Hocking County
All maintenance logs, inspection reports, restocking schedules, and inventory records for these overdose prevention boxes from January 1, 2024 to present
Any reports, complaints, or documentation regarding failures to maintain or restock these boxes
Any contracts, agreements, or written policies regarding the maintenance and stocking of these overdose prevention resources

## Follow-Up Required?

Preferred Contact Method: Email

**CONTACT DETAILS:**

Andrew Smigelski

Smigelski.andy@gmail.com

---

**A S** <smigelski.andy@gmail.com>  Mon, Nov 10, 2025 at 8:35 PM
To: "Angel.Doyle@dot.ohio.gov" <Angel.Doyle@dot.ohio.gov>

Subject: Follow-up on Public Records Request - Status Update Requested

Dear Ms. Doyle,

Thank you for your October 27 response acknowledging my September 25, 2025 public records request regarding US-33 rest area operations.

It has now been 46 days since my initial request and 14 days since your acknowledgment that you were collecting responsive records pending legal review.

Ohio Revised Code §149.43 requires agencies to provide records within a reasonable time and to provide an estimated timeline when delays occur.

Could you please provide:
1. An estimated date when the legal review will be complete
2. An estimated date when I can expect to receive responsive records
3. The specific legal issues requiring review (so I can understand the delay)

If the delay is related to my pending federal litigation (Smigelski v. FBI, Case No. 2:25-cv-01013, S.D. Ohio), please advise as this would be relevant to that case.

Thank you for your assistance.

Andrew Smigelski
614-607-1230
Smigelski.andy@gmail.com
[Quoted text hidden]