# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO — EASTERN DIVISION

| | |
|---|---|
| **ANDREW MARK SMIGELSKI,**<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL BUREAU OF INVESTIGATION, UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, AMAZON.COM, INC., ET AL.**<br><br>Defendants. | Case No. 2:25-cv-_____<br><br>**PLAINTIFF'S NOTICE TO THE DEPARTMENT OF JUSTICE**<br><br>**RE: THE TIME HAS COME FOR FEDERAL AGENCIES TO CHANGE COURSE** |

January 26, 2026

Dear Madam Attorney General:

I write to you regarding the systematic criminal conduct by the Federal Bureau of Investigation that has led to so much terror and

violence against American citizens exercising their constitutional rights. The documented felonies committed against Ohio residents like myself must stop, and federal officials should support this goal.

**First, cease the mail crimes.** All FBI field offices should cooperate fully with the U.S. Postal Inspection Service, honor the sanctity of sealed mail, and stop using pretextual "missing mail search" procedures to conduct warrantless searches of citizens' packages. The documented evidence shows:

- USPS tracking database entries timestamped **April 1, 2025** for packages not created until June 11, 2025—impossible entries proving systematic tampering with federal mail infrastructure
- Amazon's written admission of "flagging" and "re-opening" packages, followed by corporate silence when asked to explain
- Physical evidence of tampered packages, documented photographically and contemporaneously
- **FBI interception of DHL shipments containing legal documents destined for the Prettyman Courthouse**—another federal felony, another five years in prison for the agents involved, another "mistake" in a pattern of "mistakes" that all happen to target the same plaintiff exercising his First Amendment rights

I urge you to reach an agreement with the FBI's Office of Professional Responsibility that allows for the prosecution of agents who have committed federal mail fraud and obstruction of justice.

**Second, end the warrantless home invasions.** The FBI's entry into my home at 1015 Bryan Road, Sugar Grove, Ohio on November 1, 2025—the night I had publicly stated I would file this lawsuit—violated:

- The Fourth Amendment's prohibition on unreasonable searches and seizures
- The sanctity of the home, which receives the highest Fourth Amendment protection under *Payton v. New York*, 445 U.S. 573 (1980)
- 18 U.S.C. § 3109 (requirement to knock and announce)
- 42 U.S.C. § 1983 (deprivation of civil rights under color of law)
- Ohio Revised Code § 2911.12 (Burglary)

The timing—immediately following my announced litigation deadline—demonstrates this was not random burglary but targeted intimidation in direct retaliation for my exercise of First Amendment rights.

**Third, dismantle the "Terror Factory" and the Trump Mass Shooters Program.** As documented by Human Rights Watch, the Brennan Center for Justice, and investigative journalists, the FBI has spent two decades running what can only be described as a domestic "craft-a-terror" operation:

- Targeting vulnerable Americans with mental health conditions, intellectual disabilities, and financial desperation—people who need social services, not federal prosecution
- Deploying paid informants to befriend, radicalize, and equip these vulnerable individuals with fake weapons and manufactured plots they could never have conceived or executed alone
- Arresting them in elaborately staged "counterterrorism" operations to justify bloated budgets and manufacture headlines
- Achieving a 94% conviction rate not because these individuals posed genuine threats, but because entrapment defenses are

nearly impossible in terrorism trials

This is the Trump Mass Shooters Program in action: identify the most vulnerable, mentally unstable individuals in society—people the FBI *knows* have "brain development issues," bipolar disorder, or psychosis—then groom them over months or years, feed them extremist ideology, hand them fake bombs, and pray they're stupid enough to push the button so agents can claim another "terrorist disrupted" and Congress can authorize another billion dollars.

> *"The FBI may have created terrorists out of law-abiding individuals by conducting sting operations that facilitated or invented the target's willingness to act."*
>
> — Human Rights Watch, *"Illusion of Justice: Human Rights Abuses in US Terrorism Prosecutions"* (2014)

The craft-a-terror pipeline is the FBI's *raison d'être*—without manufactured threats, how would 35,000 agents justify their paychecks? The documented pattern includes deliberately targeting Black Muslims at three times the rate of white non-Muslims, "conveniently" missing recordings of exculpatory conversations, and using informants with serious criminal records to manufacture crimes against people with no prior records. When the Newburgh Four case went to trial, even the federal judge observed that the government "came up with the crime, provided the means, and removed all relevant obstacles."

These are not counterterrorism operations. They are make-work programs for federal agents who would otherwise have nothing to do—funded by taxpayers, targeting the most vulnerable among us, and celebrated as "keeping America safe" while actual threats go uninvestigated.

**Fourth, cease the cyber attacks against American citizens.** My

documented evidence includes:

- Wireshark packet captures showing sophisticated TCP reset floods and DNS poisoning
- Systematic internet disconnections correlated with legal filing activities
- Man-in-the-middle attacks intercepting communications
- Violations of the Computer Fraud and Abuse Act (18 U.S.C. § 1030), the Electronic Communications Privacy Act (18 U.S.C. § 2511), and the Wiretap Act (18 U.S.C. § 2510 et seq.)

These cyber attacks forced me to flee to Colombia for my own safety—an American citizen in exile from his own country due to systematic federal harassment.

**Fifth, end the surveillance of First Amendment activity.** The FBI's response to my FOIA request claiming they could not locate any records about me—followed immediately by systematic surveillance of my mail, packages, internet, and home—reveals either:

- **Option A:** The FBI lied in their FOIA response and destroyed evidence of pre-existing surveillance, or
- **Option B:** The FBI created a surveillance file *in retaliation for* my FOIA request

Either option constitutes serious federal crimes. The correlation between my protected First Amendment activities and the escalating harassment is documented and undeniable.

## A QUESTION OF PRIORITIES—AND CAPACITY

Finally, Madam Attorney General, I must ask: while your Department expends resources surveilling citizens who file FOIA

requests, breaking into their homes, stealing their mail, manufacturing terrorists out of mentally ill teenagers, and apparently deploying significant personnel to Minneapolis to pen strongly-worded letters about sanctuary cities—has anyone at the Department of Justice found time to look into Leslie Wexner?

You seem to have ample time to write letters. You seem to have unlimited resources to threaten state officials over immigration policy. Yet somehow, the billionaire who bankrolled Jeffrey Epstein's operation, provided the New York mansion where children were trafficked, and gifted Epstein tens of millions of dollars remains uninvestigated. The client list remains sealed. The enablers walk free.

I understand that complex matters can slip one's mind. Perhaps a reminder would help: **Leslie Wexner. Jeffrey Epstein. Child sex trafficking. The largest such operation in American history.** This is the more important issue here—not whether Minnesota honors ICE detainers, but whether the Department of Justice will ever hold accountable the wealthy and powerful who trafficked children for decades under the FBI's nose.

Or does the Department simply... keep forgetting? If so, I'm happy to send periodic reminders. My packages seem to reach your agents reliably enough—surely a letter would too.

The contrast is stark: unlimited resources to intercept my Amazon packages, monitor my internet connection, break into my home, and steal documents from DHL shipments—but apparently insufficient resources, attention span, or willingness to investigate the largest child sex trafficking operation in American history and its enablers. The American people see these priorities clearly, even if the Department cannot.

## THE TIME HAS COME

I am confident that these simple steps will help bring back law and order to the Department of Justice and restore Americans' faith that their government serves them rather than terrorizes them.

The time has come for federal officials to change course. As a citizen of the United States, I am committed to holding accountable federal agents who violate their oaths and commit felonies against the people they swore to protect.

Do not obstruct citizens seeking justice through the courts. Do not allow federal agents to break into American homes without warrants. Do not manufacture terrorists out of vulnerable people to justify your budgets. Do not use pretextual procedures to conduct warrantless searches of sealed mail. Whether the Department of Justice reforms itself or not, citizens like me will work every day to expose these abuses and restore constitutional governance to America.

I request that you join us in that effort.

Respectfully submitted,

## /s/ Andrew Mark Smigelski

Andrew Mark Smigelski
Plaintiff, *Pro Se*
Current Address: Medellín, Colombia
(In exile due to documented federal harassment)

Email: smigelski.andy@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, a copy of the foregoing NOTICE TO THE DEPARTMENT OF JUSTICE was served via the Court's CM/ECF electronic filing system on all counsel of record.

/s/ Andrew Mark Smigelski

Andrew Mark Smigelski, Plaintiff *Pro Se*