# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO — EASTERN DIVISION

| | |
|---|---|
| **ANDREW MARK SMIGELSKI,**<br><br>Plaintiff,<br><br>*v.*<br><br>**FEDERAL BUREAU OF INVESTIGATION,**<br><br>Defendant. | Case No. 2:25-cv-01013<br><br>NOTICE OF DEPARTMENT OF JUSTICE ACKNOWLEDGMENT OF RECEIPT<br><br>JUDGE EDMUND A. SARGUS JR.<br>MAGISTRATE JUDGE KIMBERLY A. JOLSON |

Plaintiff Andrew Mark Smigelski hereby files this Notice to memorialize the Department of Justice's acknowledgment of receipt of Plaintiff's Notice to the Department of Justice (ECF No. 26), filed January 26, 2026.

## I. DOJ ACKNOWLEDGMENT

**1.** On January 26, 2026, Plaintiff filed a Notice to the Department of Justice addressing systematic criminal

conduct by the Federal Bureau of Investigation, including felony mail theft, warrantless home invasion, cyber attacks, and the FBI's documented "craft-a-terror" entrapment programs targeting vulnerable Americans.

**2.** On the same date, Plaintiff simultaneously transmitted the substance of this filing directly to the Department of Justice via the official DOJ contact portal at justice.gov.

**3.** The Department of Justice acknowledged receipt of Plaintiff's submission, confirming: *"Thank you, your submission has been received."*

**4.** A true and correct copy of the DOJ acknowledgment is attached hereto as **Exhibit A**.

## II. IMPORTANCE OF THIS RECORD

**5.** Plaintiff files this Notice to create an independent court record of the Department of Justice's receipt of the aforementioned filing. This documentation is particularly important given the **documented history in this case of documents disappearing, being altered, or experiencing unexplained anomalies**, including but not limited to:

- USPS tracking database entries with impossible timestamps—specifically, April 1, 2025 entries for packages not created until June 11, 2025;

- FBI interception of DHL shipments containing legal documents destined for federal court;

- Amazon's documented "flagging" and "re-opening" of Plaintiff's packages, followed by corporate silence when asked to explain; and

- Systematic interference with Plaintiff's electronic communications and internet access.

**6.** Given this pattern, Plaintiff has adopted a practice of creating redundant records through multiple channels to ensure that communications with federal agencies cannot later be denied, altered, or made to "disappear."

**7.** The Court's docket now serves as an immutable record that the Department of Justice has received and acknowledged Plaintiff's submission regarding FBI criminal conduct, the Trump Mass Shooters Program, and the Department's apparent inability to investigate Leslie Wexner and the Epstein trafficking operation.

**8.** Should the Department later claim no knowledge of these matters, this docketed Notice and attached Exhibit will establish otherwise.

Respectfully submitted,

*/s/ Andrew Mark Smigelski*

Andrew Mark Smigelski
Plaintiff, *Pro Se*

Current Address: Medellín, Colombia

Email: smigelski.andy@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, a copy of the foregoing NOTICE OF DEPARTMENT OF JUSTICE ACKNOWLEDGMENT OF RECEIPT was served via the Court's CM/ECF electronic filing system on all counsel of record.

*/s/ Andrew Mark Smigelski*

Andrew Mark Smigelski, Plaintiff *Pro Se*

# EXHIBIT A

**DEPARTMENT OF JUSTICE ACKNOWLEDGMENT OF RECEIPT**

**JANUARY 26, 2026**

*[DOJ Acknowledgment Screenshot/PDF Attached]*