

# Your message to the Department of Justice

Messages to the Department of Justice, including the Attorney General, may be submitted via this form.

Your question or comments will be forwarded to the responsible Department of Justice component for appropriate handling.

Please note:

- Before sending us your information, please read our Website Privacy Policy and the Privacy Statement below for details about how we handle personal information.

- This form should not be used for service of official, case-related or legal documents because it is not monitored for such submissions or for other time-sensitive communications.

- If you know the specific organization or official you wish to contact, please indicate such in your message or check the Component Contact Information Page to contact them directly.

In some instances the volume of communication on a particular issue is such that we cannot respond to each message individually. We would like you to know, however, that all incoming messages are forwarded to the appropriate organization within the Department of Justice and you can be assured that your voices and views are being heard.

| 1 | 2 | 3 |
|---|---|---|
| Start | Preview | **Complete** |

Thank you, your submission has been received.

Back to form

*Updated January 26, 2026*

---

### U.S. Department of Justice

950 Pennsylvania Avenue NW
Washington DC 20530

Contact the Department
Phone: 202-514-2000
TTY/TDD: 800-877-8339