## Transfer Center

Review the status of your purchased and sold domains and communicate with your Transfer Specialist

### Transfer overview for therewasanattempt.com

| | |
|---|---|
| **Current Status:** | Transfer cancelled by Sedo. |
| **Latest Update:** | The buyer's address is now visible in your contract. |

Sale P
Sedo's Commiss
Net amount to be credi
(more de

---

**Transfer Status**  |  **Transfer Documents**  |  **Transfer Details**

---

**Transfer History**                                    hide all

**The buyer's address is now visible in your contract.**   Jan/23/26

You will find your contract ("Purchase and Sales Agreement") in the "Transfer Documents" section.

**Transaction cancelled by Sedo**                          Jan/23/26

Please be aware that marketplace integrity and security are of the highest value at Sedo.
During a review by our marketplace security team we have assessed a security issue.
Sedo will therefore not proceed with the transaction at this point.

If you have already removed the transfer lock for the domain and provided the auth code / EPP code, kindly re-lock the domain immediately and modify the auth code, if possible. Thus the domain can no longer be transferred.

The suspension of the transfer in no way

**Related Communication**

**Your Comment**
Hey team,

We're now at 3 payment reminders with no respon
buyer. At this point I need to start considering my l
for breach of contract.

Can you please provide the buyer's contact inform
email, company if applicable)? If they're not going
the purchase, I need to be able to pursue this direc

Also, what's your timeline for canceling the transac
payment isn't received? I'd like to understand my o
either closing this out or finding a new buyer.

Thanks,
Andy

affects the Purchase & Sales Agreement between the seller and the buyer. In case you and the buyer agree to continue the transaction, Sedo may proceed with the transfer.

If you have any questions or concerns regarding the cancellation of this transaction, please submit an inquiry through our Customer Support Center. Under the Answers section, select the following Product and Category:

Product: Transfer Service
Category: Security

We apologize for any inconvenience and hope you understand the critical nature of our actions to ensure a safe and trusted exchange platform.

**Transfer on hold - Security check**  Jan/23/26
Our system recently flagged the transfer of the domain therewasanattempt.com due to security reasons.

To make domain transfers as secure as possible for you, we investigate these incidents and sometimes request additional information from involved customers. If your assistance is needed we will contact you separately.

Please note we have temporarily suspended the domain transfer until the security check has been completed. We will inform you as soon as we can proceed with the technical transfer of the domain.

Thank you in advance for your patience during this process.

**Payment status - 3rd reminder sent to buyer**  Jan/21/26
Unfortunately we still haven't received payment for this domain.
We have contacted the buyer again and asked them to send payment immediately and inform us when this has been done. You will be notified upon receipt of further information from the buyer.
Thank you very much for your continued

patience.

**Payment status**　　　　　　　　Jan/16/26
We have contacted the buyer again and reminded them to send payment for this transaction immediately.
Once payment has been received in our account, we will inform you about the next steps.
Thank you for your patience and cooperation.

　　　　　　　　　　　　　　　　Sedo Transfer Agent
　　　　　　　　　　　　　　　　Hello Andrew,

　　　　　　　　　　　　　　　　Thank you for the message. We will proceed with t
　　　　　　　　　　　　　　　　domains when we receive the buyer's payment an
　　　　　　　　　　　　　　　　if they show interest in the other domain names.

**Payment status**　　　　　　　　Jan/13/26
Unfortunately, the buyer has not yet made the payment of the purchase price. Please be informed that we have contacted the buyer in regards to the outstanding payment that is needed in order to proceed with the transfer. You will be contacted immediately upon receipt of more information.

Thank you for your continued patience.

　　　　　　　　　　　　　　　　**Your Comment**
　　　　　　　　　　　　　　　　whoops sorry I figured the messages would be at t
　　　　　　　　　　　　　　　　the top.

　　　　　　　　　　　　　　　　Thanks for all your help in all of this!

　　　　　　　　　　　　　　　　**Your Comment**
　　　　　　　　　　　　　　　　Hey maybe the problem with the buyer is that this
　　　　　　　　　　　　　　　　perfect match for a very popular subreddit. And I li
　　　　　　　　　　　　　　　　others of those shortly after the buy. Maybe it felt l
　　　　　　　　　　　　　　　　deal. Maybe get a broker to see if they'd be interes
　　　　　　　　　　　　　　　　with nextfuckinglevel.com and/or peterexplainsth
　　　　　　　　　　　　　　　　def be willing to take a discount on price for a bun
　　　　　　　　　　　　　　　　guys can get one worked out.

　　　　　　　　　　　　　　　　**Your Comment**
　　　　　　　　　　　　　　　　Hey idk the problem with the buyer is that the don
　　　　　　　　　　　　　　　　perfect match for a high subscriber subreddit, whi
　　　　　　　　　　　　　　　　of shortly after they bought. See is a broker could
　　　　　　　　　　　　　　　　nextfuckinglevel.com and Peterexplainsthejoke.co
　　　　　　　　　　　　　　　　too? I'm obviously willing to discount it to really ge
　　　　　　　　　　　　　　　　attention on the bundle play.

**Payment request created for buyer**　Jan/10/26
We have created a payment request for the　Sedo Transfer Agent
buyer and requested payment from them.　Dear Andrew,
The transfer will commence upon receipt

of this payment.

Congratulations on your sale.

To help make the transfer process efficient and se[cure,] transfer details will be accessible exclusively thro[ugh the] Transfer Overview page.

In the "Transfer Status" menu, you will find inform[ation on the] current transfer status as well as the steps you nee[d to take in] order to proceed.
You will receive a notification by email whenever i[mportant] information about the transfer has been added in y[our] account.
Furthermore you can send me a message at any ti[me by typing] it into the "Your comment" field and clicking on "S[end". You] will find my response under "Related communicat[ions".]

In "Transfer Documents" you may upload any requ[ired] documents or forms (e.g. invoices, etc.) by clicking [on "Upload] additional documentation".
In this menu you will also find important transfer r[elated] documents, e.g. your Sedo sales contract.

In the "Transfer Details" menu you can provide tec[hnical details] regarding the transfer.
Please click on "Edit Technical Details" in order to [enter the] name of the registrar where the domain is current[ly registered.] Indicating an assistant's name, email address or p[hone number] is optional.

If you wish to work with a technical assistant in or[der to complete] the domain transfer, please enter the correspondi[ng] details (name, phone number and email address). [If not,] please choose "No" and leave these fields empty.

Best Regards,
Pedro""

**Your Comment**
Comments can be edited within 1 minute after the original comment has been submitted.

Enter message for your Transfer Specialist. Pl[ease note] that messages are attended to on a first-come[, first-] served basis. Depending on communications v[olume,] standard response times are approximately 1-[2 business] days. Hours of operation are Monday-Friday, 9[am-6] pm.