AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Southern    District of    Ohio

| | |
|---|---|
| ANDREW SMIGELSKI, <br> *Plaintiff* <br> v. <br> FEDERAL BUREAU OF INVESTIGATION, et al., <br> *Defendant* | ) <br> ) <br> )    Civil Action No.    2:25-cv-1013 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:    Pursuant to the Opinion and Order filed 5/1/2026 the Court OVERRULES (ECF No.7) Plaintiff Andrew Smigelski's
Objection and ADOPTS and AFFIRMS (ECF No. 3) the Magistrate Judge's Order and Report and Recommendation.
Please see ECF No. 30 for further information.
   .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for _____
   .

Date: _____ 05/1/2026 _____      s/Edmund A. Sargus, Jr. _____
                                    United States District Judge